**'07 CIV 7375**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KOELTL**

------------------------------------------------------------------X

WILLIAM FRIMPONG,

                              Plaintiff,

          -against-

1199SEIU UNITED HEALTHCARE WORKERS EAST,

                             Defendant.

------------------------------------------------------------------X

NOTICE OF REMOVAL OF
STATE COURT ACTION

Case No.

ECF CASE

      PLEASE TAKE NOTICE that a Petition removing the above-captioned Complaint, Index No. 17773-07, from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, a copy of which Petition is annexed hereto, was duly filed in the United States District Court for the Southern District of New York.

Dated: August 15, 2007

RECEIVED AUG 17 2007 U.S.D.C. S.D.N.Y. CASHIERS

LEVY RATNER, P.C.

By: _____
Richard Dorn (RD 1076)
Attorney for Defendant 1199SEIU
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100

TO:    Clerk of the Court
       New York Supreme Court
       County of Bronx
       851 Grand Concourse, Room 118
       Bronx, NY 10451

       William Frimpong
       35 Marcy Place
       Bronx, NY 10451

       Arlen S. Yalkut
       YALKUT & ISRAEL, ESQS.
       Attorneys for Plaintiff
       Office & P.O. Address
       865-B Walton Avenue
       Bronx, NY 10451

{Worldox Files\1199\001\04\07043353.DOC}