07 CIV 7375

JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM FRIMPONG,

                                                Plaintiff,

        -against-

1199SEIU UNITED HEALTHCARE WORKERS EAST,

                                                Defendant.
------------------------------------------------------------X

07 CIV. _____( )

**RULE 7.1 STATEMENT**

ECF CASE

RECEIVED
AUG 1 7 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:  None.

Dated: New York, New York
       August 15, 2007

                                                LEVY RATNER, P.C.

By: _____
     Richard Dorn (RD1076)
     Attorneys for 1199SEIU United
      Healthcare Workers East
     80 Eighth Avenue
     New York, New York 10011
     (212) 627-8100
     (212) 627-8182 (fax)

{Worldox Files\1199\001\04\07043357.DOC}