UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM FRIMPONG,

                                Plaintiff,

-against-

1199SEIU UNITED HEALTHCARE WORKERS EAST,

                                Defendant.
------------------------------------------------------------------X

Case No. 07 Civ. 7375

ECF CASE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

    I, RICHARD STORM, being duly sworn state the following:

    I am not a party to this action, am over 18 years of age and reside at New York, New York.

    On the 20th of August, 2007, I served the within Notice of Removal of State Court Action, Petition for Removal of State Court Action, Rule 7.1 Statement, Civil Cover Sheet, Judge and Magistrate Judge's Rules, and Instructions, Procedures and Guidelines for Electronic Case Filing by mailing a true copy to each of the following persons at the last known address set forth after each name below:

    Arlen S. Yalkut                                 William Frimpong
    YALKUT & ISRAEL, ESQS.             35 Marcy Place
    Attorneys for Plaintiff                       Bronx, NY  10451
    Office & P.O. Address
    865-B Walton Avenue
    Bronx, NY  10451

    In addition, I served the within Notice of Removal of State Court Action, Petition for Removal of State Court Action, Rule 7.1 Statement, and Civil Cover Sheet upon the Clerk of the

{Worldox Files\1199\001\04\07043896.DOC}

Court, New York Supreme Court, County of Bronx, 851 Grand Concourse, Room 118, Bronx, NY 10451, by mailing a true copy to said person at said address.

                                                        _____
                                                           RICHARD STORM

Sworn to before me this
20th day of August, 2007

_____
NOTARY PUBLIC

REGINA FORGIONE
Notary Public, State of New York
No. 01FO5010153
Qualified in Nassau County
Commission Expires 03/29/20 11

{Worldox Files\1199\001\04\07043896.DOC}