USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein °
Gwynne A. Wilcox *
Pamela Jeffrey
Owen M. Rumelt •
Kevin Finnegan
Carl J. Levine
David Slutsky △
Allyson L. Belovin
Suzanne Hepner •

Ezekiel D. Carder ◊
César F. Rosado ▲
Dana E. Lossia ▼
Sara D. Newman ♦
Susan J. Cameron ■

Senior Counsel:
Richard Dorn
Jennifer J. Middleton °
Paul Sehachter □
Denise Reinhardt ■

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

August 27, 2007

**BY OVERNIGHT DELIVERY**

John G. Koeltl
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Re:   Frimpong v. 1199SEIU
      Index No. 07 CV 7375 (JGK)

Dear Judge Koeltl:

[Handwritten note: The defendant may file a motion for judgment on the pleadings or for summary judgment without a further conference. So ordered. JGK(?) 8/28/07]

This firm represents the Defendant 1199SEIU United Healthcare Workers East ("1199" or "Union") in the above matter. Pursuant to your Individual Rules of Practice, enclosed please find a courtesy copy of the Union's Answer.

In addition, I write to reiterate the Union's request for permission to submit a motion to dismiss and/or a motion for summary judgment. The motion will be based on the fact that the duty of fair representation claim is time-barred, and the claim concerning the alleged failure to offer job counseling or training is either time-barred or the wrong party has been sued. We previously requested permission by letter dated August 23, 2007, but to date have not received a response to our letter.

Respectfully yours,

Levy Ratner, P.C.

David Slutsky

DS:jos

cc:   Arlen S. Yalkut, Esq., Attorney for Plaintiff (By overnight delivery w/enclosure)

{Worldox Files\1199\021\04\07044531.DOC}

° Admitted in NY, MA and DC   * Admitted in NY, NJ and PA   • Admitted in NY and DC   △ Admitted in NY and NJ   ♦ Admitted in NY and CT
◊ Admitted in NY and CA   ▲ Admitted in NY and PR   ▼ Admitted in NY, NJ and CA   ■ Admitted in NJ only   □ Admitted in NY, NJ and PR   † Admitted in NY and MA