## LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein °
Gwynne A. Wilcox *
Pamela Jeffrey
Owen M. Rumelt •
Kevin Finnegan
Carl J. Levine
David Slutsky ᐃ
Allyson L. Belovin
Suzanne Hepner •

Ezekiel D. Carder ◊
César F. Rosado ᐃ
Dana E. Lossia ▾
Sara D. Newman •
Susan J. Cameron ▪

Senior Counsel:
Richard Dorn
Jennifer J. Middleton °
Paul Schachter ▫
Denise Reinhardt ▪

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

August 23, 2007

**BY HAND DELIVERY**

John G. Koeltl
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

> *Time to move or answer extended to September 7, 2007. No conference is necessary before making the motion. So ordered.*
> *J. G. Koeltl*
> *8/7/07  U.S.D.J.*

Re: Frimpong v. 1199SEIU
    Index No. 07 CV 7375 (JGK)

Dear Judge Koeltl:

This firm represents the Defendant 1199SEIU United Healthcare Workers East ("1199" or "Union") in the above matter. I write to request permission to submit a motion to dismiss and/or a motion for summary judgment. The motion will be based on the fact that the duty of fair representation claim is time-barred, and the claim concerning the alleged failure to offer job counseling or training is either time-barred or the wrong party has been sued.

We would only need a week from the time we receive permission to file the motion. Our Answer is due Monday, August 27, 2007. We asked the attorneys for the Plaintiff to extend our time to answer or move. They have denied the request which was the first we have made.

Very truly yours,

Levy Ratner, P.C.

Richard Dorn

RLD:jos
cc: Arlen S. Yalkut, Esq.
    Yalkut & Israel, Esqs.

Returned to chambers for scanning on 8/29/07
Scanned by chambers on 9/4/07

{Worldox Files\NU9999\001\01\07044203.DOC}

° Admitted in NY, MA and DC   * Admitted in NY, NJ and PA   • Admitted in NY and DC   ᐃ Admitted in NY and NJ   ♦ Admitted in NY and CT
◊ Admitted in NY and CA   ᐃ Admitted in NY and PR   ▾ Admitted in NY, NJ and CA   ▪ Admitted in NJ only   ▫ Admitted in NY, NJ and PR   † Admitted in NY and MA