

League/1199 SEIU
TRAINING AND UPGRADING FUND

# Plan Document

# PLAN DOCUMENT "QUICK REFERENCE"

## General Eligibility Requirements

*To be eligible for participation in Training and Upgrading Fund programs you must meet the following general requirements at the time of application, except where specifically noted. You must:*

- Work in a bargaining unit position for a Training Fund contributing Employer.
- Be a regular full- or part-time Employee of that Employer.
- Have completed your probationary period.
- Have worked for an Employer for the period required for the program you are applying to.
- Meet all other eligibility requirements

*Throughout this Plan the letters below are used to designate General Eligibility Requirements. Use this chart as a quick reference. You must:*

A  Work in a bargaining unit position for a Training Fund contributing Employer

*Depending on the program you might be required to:*

B  Be a regular full-time Employee

C  Be a regular part-time Employee working at least 3/5 of a regular work week

D  Be regularly employed at least 1 full day per week

E  Have completed your probationary period

F  Have worked regularly for at least 3 consecutive months

G  Have worked regularly for at least 6 consecutive months

H  Have worked regularly for at least 1 year continuously

I  Fulfill your 1 year anniversary by 9/1 for fall, 1/1 for winter and spring, and 5/1 for summer enrollments.

**See pages 16 through 20, and the program descriptions in Section 2 for complete, detailed eligibility requirements.**

## General Application Procedures

*If you are a new applicant to the Training Fund you must complete the following steps, except where specifically noted, to enroll in most Training and Upgrading Fund programs. Use this chart as a quick reference.*

**STEP 1** Complete a Training Fund General Enrollment Form (GEF). **For Tuition Assistance Programs, STEP 7 must be completed first.**

**STEP 2** Submit the completed GEF to an authorized TUF staff member.

**STEP 3** Have an in-person Intake Interview with an authorized Training Fund staff member.

**STEP 4** Submit basic supporting documents. These can include, but are not restricted to proof of:

- Employment at a contributing institution
- Active employment in a Bargaining Unit position (e.g. paycheck stubs)
- Educational level (e.g., high school diploma/GED scores)
- Educational capabilities (e.g., test scores, transcripts, etc.)

**STEP 5** Take the required assessment exams for you desired program.

**STEP 6** Program placement, based on your test scores and educational background.

**STEP 7** Attend workshops required for your program. **This is STEP 1 for Tuition Assistance program applicants.**

**Review pages 18 and 19, and the "How To Apply" section of each program description in Section 2 for detailed application procedures.**

# League/1199 SEIU
## TRAINING AND UPGRADING FUND

# Plan
# Document



Now
is the
time

2

# PREFACE

The League/1199 SEIU Training and Upgrading Fund ("Fund") is a multi-employer employee benefit trust fund administered by a Board of Trustees ("Trustees"). The following constitutes the Plan Document/Plan ("the Plan") adopted by the Trustees pursuant to Article VI, Section 1(b) of the Agreement and Declaration of Trust ("Trust"). The Plan is intended to provide a program of educational benefits to eligible employees in the health care and human service industry pursuant to collective bargaining agreements entered into between New York's Health and Human Service Union, 1199 SEIU, AFL-CIO ("1199" or "the Union") and the League of Voluntary Hospitals and Homes of New York ("the League"), as agent of and on behalf of its members, and other employers who qualify as a Contributing Employer under the Trust. The Plan provides for a variety of educational and training programs in a variety of formats and settings.

The Trustees reserve the right in their sole discretion to change or discontinue benefits and/or programs at any time. Employees should consult the Fund staff for a current statement of benefits and eligibility.

## Necesita ayuda con el Documento del Plan?

Este folleto es un sumario en Inglés de sus derechos y beneficios bajo La Liga/1199 SEIU Fondo de Entrenamiento y Superamiento.

Si usted no entiende este Plan y necesita ayuda, escriba al Fondo:

> 330 W. 42nd Street, 2do piso
> New York, NY 10036
> o llame: 212-643-9340

Las horas de oficina del Fondo son de 9:00 AM a 5:00 PM de lunes a viernes.

3

4

Dear 1199 Member:

The League of Voluntary Hospitals & Homes and your union — 1199 — agreed in 1969, through the collective bargaining process, to form the Hospital League/1199 Training and Upgrading Fund. The fund was created to give the workforce opportunities to better themselves, and to strengthen New York City's health care system. In June 2000, following a merger with the Service Employees International Union, the name was changed to the League/1199 SEIU Training and Upgrading Fund.

The Training and Upgrading Fund provides a wide range of educational and training benefits for both full-time and part-time workers. Everyone benefits — the Employee, the Employer, the Union and the general public — when a union member enrolls in a program.

This booklet is designed to make it easier for you to find the information you need about the programs that the Fund offers, and to understand your rights and responsibilities under the Plan.

It is important that you read the entire booklet so that you know:

- How best to use all the services the Fund has to offer

- The programs for which you are eligible to enroll

- What policies and procedures need to be followed so that you can successfully complete your selected program.

If you have any questions or concerns about any of your benefits or coverage under this Plan, call the Training Fund at (212) 643-9340 and ask to speak with a Member Services representative. The representative will answer your questions, refer you to another department, or take the information and get back to you later with an answer.

Through your hard work and determination, the Fund can provide you with an excellent education and the training you need to stay competitive in health care.

The Board of Trustees

5

6



The Training and Upgrading Fund offers 1199/SEIU members a new program when:

- The Trustees approve the program, then set aside a specific amount of money in the budget to be used for that program.

- The Fund Administrator decides where the classes will be held, what the requirements of the program will be, how many students will go into the program, which students are eligible and are selected to participate, and more.

The Fund Administrator may modify, limit, or discontinue any program or benefit described in this Plan Document. **The Fund Administrator may also charge registration fees and there may be other associated costs and fees borne by Employees, for any program.** Employees should consult with the Fund staff for a current statement of programs, benefits and costs.

7

8

# TABLE OF CONTENTS

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
A Letter From the Trustees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
About Our Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

## SECTION 1: PURPOSE AND ELIGIBILITY

WHY HAVE A TRAINING AND UPGRADING FUND?. . . . . . . . . . . . . . 14
THE TRAINING FUND CONTINUUM OF LEARNING. . . . . . . . . . . . . . 15
GENERAL ELIGIBILITY REQUIREMENTS . . . . . . . . . . . . . . . . . . . . . . . 16
GENERAL APPLICATION PROCEDURES FOR NEW APPLICANTS . . . . . . 18
ELIGIBILITY REQUIREMENTS & APPLICATION PROCEDURES. . . . . . . . 20
    Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        Employment Requirements
        Academic Requirements
        Effect of Layoff on Eligibility
        Effect of Employer Delinquency
        Advance Approval Requirement
        Compliance with Application Procedures
        Completion of Forms & Deadlines
        Additional Requirements
    FUNDING SOURCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

## SECTION 2: PROGRAMS FUNDED THROUGH
##               COLLECTIVE BARGAINING

ADMISSIONS AND COUNSELING. . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    General Intake
    Academic Skills Workshops
        Study Skills, Test-taking, Time Management
    Academic Skills Assessments
    Career Planning Workshops - CP-I and CP-II
    Educational and Career Counseling
    Job Search Skills Development & Planning
LEARNING CENTERS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
ADULT EDUCATION / WORKPLACE SKILLS PROGRAMS . . . . . . . . . . . 32
    Learning Centers
    High School Completion
        General Educational Development (GED)/Pre-GED
        External Diploma Program (EDP)
    College Prep / Pre-College

Certified Nursing Assistant (CNA)
C-NET Prep / Pre-LPN
Electrocardiography (EKG) and Phlebotomy
Central Sterile Processing Distribution (CSPD) Certification
Computer Skills
Medical Terminology
CITIZENSHIP SECOND LANGUAGE PROGRAMS . . . . . . . . . . . . . . . . . 36
The Citizenship Program
Second Language Programs
Spanish GED
English As A Second Language (ESL)
Spanish for Health Care Workers
Other foreign language programs
COLLEGE & FINANCIAL ASSISTANCE PROGRAMS . . . . . . . . . . . . . . . 40
Tuition Assistance Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
CUNY/SUNY Tuition Voucher Program, 41
Tuition Reimbursement, 45
Degree Programs
Continuing Education Activities
LPN and Hospital-Based Programs
Professional & Technical Programs . . . . . . . . . . . . . . . . . . . . . . . . . 52
The Health Careers College Core Curriculum (HC⁴), 53
Licensed Practical Nurse Program (LPN), 55
Physical Therapy Assistant Program (PTA), 57
Full-time Pharmacy Program, 59
Registered Nurse (RN) Associate Degree Program, 61
The Martin L. Shields Advanced Education Grants, 64
Forgivable Loan Program, 67
Approved Pre-professional Practice Program (AP⁴)
Dietetic Internship, 71
Alcohol and Substance Abuse Counseling (CASAC)
Certification Prep, 74
Operating Room Technician, 76

## SECTION 3: PROGRAMS FUNDED THROUGH SOURCES OTHER THAN COLLECTIVE BARGAINING

COMMUNITY HEALTH CARE CONVERSION DEMONSTRATION PROJECT . 80
HEALTH CARE WORKER RETRAINING INITIATIVE . . . . . . . . . . . . . . . . . 81
CONSORTIUM FOR WORKER EDUCATION PROGRAMS . . . . . . . . . . . . 82
OTHER PROGRAMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

10

SECTION 4: PROCEDURES, RIGHTS AND DISCLOSURES

SELECTION PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
    Initial Selection
    Rules Governing Priority Among Applicants
    Selection Committee
DENIAL/LOSS OF BENEFITS: CLASS ATTENDANCE AND
    STUDENT PERFORMANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
CLAIM & REVIEW PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
    Review and Appeals
    Remedies
AUTHORITY OF THE TRUSTEES . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
    Plan Administration and Interpretation
    Plan Amendment, Modification and Termination
KNOW YOUR RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
    Plan Maintenance
    Fiduciary Responsibility
    Enforcing Your Rights
    Questions
MISCELLANEOUS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
DEFINITIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
TRUSTEES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

12



# Purpose & Eligibility

# Why Have a Training & Upgrading Fund?

With the support of your Union and your Employer, the Training and Upgrading Fund offers eligible Employees a variety of education, training, and counseling programs and services. All programs are designed to meet the needs of the membership and to create opportunities for career advancement. By enrolling yourself in this worker-centered educational and training system — our "Continuum* of Learning"—you can create a path to achieve your goals, and advance yourself in health care.

The health care industry of today is not the same as the industry of yesterday. It is obvious that it has changed, and will continue to change. New jobs are being created, current jobs are being altered, and obsolete jobs are being eliminated. Through Training Fund programs you can learn new skills for the job you have now, and train for the job you would like to have in the future.

The Counseling services provide the guidance that you'll need to make the right decisions about your educational and career path, and travel that path successfully - while juggling work, school and family. Returning to school is not easy, but neither is not having the skills you need to move forward.

The training and educational programs are intended to be the means to an end—upgrading to a new job. Therefore, we also help you develop your job search skills. Our goal is to insure that the shortest possible time passes between your finishing a program, and possibly moving into a new upgraded position.

The Training Fund exists to help you better help others...by helping yourself!

*Continuum - something continuous, with few obvious interruptions

14

# The Training Fund Continuum of Learning

## Admissions Advisement & Counseling

- Recruitment, Admissions & Orientations
- Academic Skills Workshops and Assessments
- Career Planning Workshops
- Individual Career/Educational Plan Development
- Job Search Skills' Development and Assistance
- On-going Individual Counseling

## Education Foundation and Pre-Professional Programs

- Basic Skills—Reading, Writing and Math
- High School Completion (External Diploma Program & GED Preparation)
- College Preparatory Developmental Classes (pre-HC[4])
- English Language Programs for Speakers of Other Languages (ESL)
- Foreign Language Programs for English Speakers
- Computer Programs

## Workplace Skills Programs

- Training for New Jobs
- Workplace Skills' Enhancement

## College & Financial Assistance Programs

- Tuition Assistance for Diplomas, Degrees, and Continuing Education
- Health Care Certificate Programs
- Health Careers College Core Curriculum (HC[4])
- Health Care Degree & Diploma Programs

1!

# General Eligibility Requirements

To be eligible for participation in Training and Upgrading Fund programs you must meet the following general requirements at the time of application, except where specifically noted. You must:

- Work in a bargaining unit position for which an Employer has agreed to make contributions to the Fund.

- Be a regular Employee, either full-time or part-time, of that Employer. See the chart below for the range of weekly work hour requirements.

- Have completed your probationary period.

- Have worked for an Employer for the period required by the Trustees for the specific program for which you are applying. See the chart below for the range of minimum seniority requirements.

- Meet the other eligibility requirements as set forth in Section 1, "Eligibility Requirements and Application Procedures" (page 20), and in each program description.

Throughout this Plan the letters below will be used to designate General Eligibility Requirements. Use this chart to clarify the requirements for each program.

**A**   Work in a bargaining unit position for which your Employer makes Contributions to the Fund.

*Depending on the program you might be required to:*

**B**   Be a regular Employee of that Employer, full-time.

**C**   Be regularly employed with that Employer at least 3/5* of a regular work week.

*3/5 of a 35 hour work week = 21 hrs.
3/5 of a 37-1/2-hour work week = 22-1/2 hrs.
3/5 of a 40 hour work week = 24 hrs;

16

**D**   Be regularly employed with that Employer at least 1 full day per week.

**E**   Have completed your probationary period as specified by your Employer;

**F**   Have worked regularly for the contributing Employer for at least 3 months consecutively;

**G**   Have worked regularly for the contributing Employer for at least 6 months consecutively;

**H**   Have worked regularly for the contributing Employer for at least 1 year continuously.

**I**   Fulfill the 1 year anniversary by September 1st for the Fall, January 1st for Winter and Spring terms, and May 1st for the Summer term.

# General Application Procedures for New Applicants*

If you are a new applicant to the Training Fund you must complete the following steps, except where specifically noted, to enroll in most Training and Upgrading Fund programs. Review "How To Apply" in the program descriptions in Section 2 for specific and additional procedures.

Throughout this Plan the steps numbered below will be used to designate the General Application Procedures. Use this chart to clarify the requirements for each program. All required supplementary procedures must also be completed before acceptance into a program. Each semester all application procedures must be completed during the corresponding Training Fund Intake Period.

## STEP 1

Complete a Training Fund General Enrollment Form (GEF). You can pick up a form at the Fund, at the Brooklyn Cluster, or at an on-site recruitment.

## STEP 2

Submit the completed General Enrollment Form. The form should be submitted to an authorized Training Fund staff member during your Intake Interview.

## STEP 3

Have an in-person Intake Interview with an authorized Training Fund staff member. Unless otherwise stated the interview will take place at a Training Fund office with an Admissions and Counseling staff member. The interviewer will give you a date and time for your assessment and any required workshops. Interviews are available by appointment or on a walk-in basis. You should allow at least one hour (including wait time) for this interview.

18

## STEP 4

Submit basic supporting documents. The basic documents can include but are not restricted to those below. See your program description for specific documents required.

- Proof of employment at a contributing institution
- Proof of active employment in a Bargaining Unit position (e.g. two paycheck stubs)
- Proof of educational level (high school completion and above)
- Test scores, transcripts and/or grades from previous schools.

Documents should be submitted during the Intake Interview. You must bring your own copies of original documents.

## STEP 5

Take a general Training Fund assessment or other required assessment test. Assessment is required for most TUF programs. Test results are used to evaluate you for proper placement into programs. If time permits, you can complete the assessment the same day that you interview.

## STEP 6

Program placement. You will be placed in a program based on your test scores and educational background.

## STEP 7

Register for and attend any required workshops. Check your program's requirements in Section 2. **This is STEP 1 for Tuition Assistance applicants**.

*These general procedures may not be applicable to all training programs.

# Eligibility Requirements and Application Procedures

You are eligible to apply for Fund programs based on the following rules set forth in this Section and elsewhere in this Plan. The selection criteria between eligible applicants is set forth in Section 4.

## A. Eligibility

**1. Employment Requirements:** Eligibility to apply for participation in any of the programs of the Fund is limited to Employees who have worked for an Employer for the period of service established by the Trustees for the particular program (as set forth in the eligibility requirements for each program) and who, at the time of training, are employed in a bargaining unit for which the Employer is making Contributions. Employees may also receive benefits if they are on an approved educational leave of absence for participation in a Fund program. Regular full-time and part-time Employees of an Employer who are laid off from job classifications covered by Collective Bargaining agreements may be eligible for benefits for up to two (2) years from the date of layoff as set forth in paragraph A.3 of this section.

**2. Academic Requirements:** Eligibility to participate (either to receive training or tuition reimbursement) in a particular program or course is limited to Employees who meet the minimum academic and other requirements of the program or course involved, and who meet the academic and other requirements of the Training Fund, for that program. Where the number of eligible Employees who have applied for a program or course exceeds the number of available training positions, the Employees selected for training shall be determined in accordance with the selection procedures in Section 4, under "Selection Procedures."

**3. Effect of Layoff on Eligibility:** Subject to exceptions made when appropriate, as determined by the Executive Director, continued eligibility to receive training or tuition reimbursement in order to remain in and/or complete the programs sponsored by the Fund is limited to Employees who continue in employment (including those on a leave of absence as described

20

in A.1 above) under a Collective Bargaining Agreement for the entire duration of the program or course at a level meeting the minimum employment requirements of the program as listed in the eligibility requirements for each program.

Employees who are laid off while participating in a program may complete the current semester if approved by the Executive Director. In addition, where the Executive Director has expressly provided, Employees who have been laid off may be eligible for benefits, for no more than two (2) years from the effective date of layoff, only if they waive eligibility for benefits under the 1199 SEIU/League Health Care Industry Job Security Fund.

**4.  Effect of Employer Delinquency:** Employees of a delinquent Employer (one who is in arrears in contributions due to the Fund for more than four (4) months) are ineligible for entry into Fund programs until the Employer makes full payment of all amounts due to the Fund, unless the Trustees determine otherwise. Employees of such ineligible delinquent Employers participating in training may complete their current semester or program year and only become ineligible for additional training benefits upon completion of the current semester or program year.

**5.  Advance Approval Requirement:** The Fund is not obligated to provide benefits or assume responsibility for program applicants who enroll in a course or school without receiving formal approval from the Fund in advance of enrollment, except for continuing students in the Tuition Reimbursement Program as per Fund procedures and requirements.

**6.  Compliance with Application Procedures:** All Employees must comply with the application procedures and requirements established pursuant to paragraph B below in order to be eligible for participation in any of the programs of the Fund.

## B. Application Procedures

**1.  Completion of Forms, Deadlines:** All requirements for consideration of an Employee for training, including a completed application form provided by the Fund accompanied by all necessary supporting documentation, must be completed and submitted to the Fund before an applicant will be considered for participation in a course or program. Where space is limited, or for

2·

other reasons, the Fund Administrator may set application deadlines. Check with the Fund staff for a current schedule of application deadlines. Applications to the programs listed below must be submitted in accordance with deadlines as set forth in application requirements for each program.

**2. Additional Requirements:** The Trustees may require that during the application process the applicant:

(a) be interviewed by the Fund;

(b) obtain and provide verified copies of transcripts and records of education and training;

(c) provide verified copies of licenses and certificates as to educational or professional qualifications and achievements;

(d) satisfactorily complete standard achievement tests;

(e) satisfactorily complete preparatory training;

(f) be formally accepted by an institution giving the program or course for which application is being made and immediately notify the Fund by forwarding a copy of the letter of acceptance;

(g) if required by staff, obtain additional course work or remediation, before being considered for placement in a training program;

(h) diligently apply to other sources for available scholarships, tuition assistance and financial aid; and

(i) if required by staff, attend individual and/or group counseling sessions.

22

# Funding Sources

The programs and services offered by the Training Fund are funded from various sources. Your eligibility for participation in the programs varies according to the type of program and the source of funding for that program. Please refer to the eligibility requirements for the particular program in which you are interested as set forth in this booklet. Some Fund programs that we offer are funded by Collective Bargaining and others are funded through other sources such as public (New York State and Federal) money. The programs may be very similar but have different eligibility requirements.

## Collective Bargaining-Funded Programs

Payments are made to the Fund by your Employer and other contributing Employers, according to the collective bargaining agreements with the Union. With these contributions, the Trustees have established certain programs for Employees in bargaining units for which Employers make contributions to the Fund and who meet the Eligibility Requirements.

## Grant-Funded Programs

Currently the Fund receives funding through New York State funded programs administered by the Department of Labor and the Department of Health. In addition, the federally-funded Community Health Care Conversion Demonstration Project provides funding to eligible institutions. Foundation grants and monies from the New York State funded Consortium for Worker Education provide additional sources of funding. The Fund Grants Department develops and seeks new grants on an ongoing basis. In order for you to be eligible to participate in these grant programs, you must be employed by an institution that is a participant in and meets the requirements of the grants, and you must meet the eligibility requirements of the grant program.

Monies received from the New York State funded Consortium for Worker Education, is used to fund programs that are open to all workers.

25

24



Section
2

# Programs
# Funded Through
# Collective Bargaining

# Admissions & Counseling

## DESCRIPTION OF SERVICES

Admissions and Counseling services are designed to help you select education and career goals that best match your skills, needs and personal circumstances. Through assessment, workshops and individual and small group counseling sessions, counselors and advisors guide you into an appropriate program, and help you find ways to overcome obstacles that might prevent you from achieving your goals. They work with you to develop your educational and career plan, and support your job search when you complete your education or training.

## General Intake

Admissions Advisors give general program advisement in-person and by phone, mail program information, review your forms and conduct your Admissions interview. These advisors also provide an up-do-date overview of TUF programs, procedures, and requirements. If you are a Union delegate, the session can provide you with information to pass on to members at your institution.

## Academic Skills (Success) Workshops

This series of workshops gives you tools you need to be successful in an academic or hands-on training class. The workshops, particularly helpful if you are re-entering school, include:

**Study Skills**—Learn how to study in a group; why group work is so effective; how to take notes from textbooks and lectures; what to take notes on; how to study from your notes; and more.

**Test Taking**—Get information on coping with test anxiety; how tests and test questions are structured; effective ways to formulate answers.

**Time Management**—Evaluate how you currently spend your time; restructure your days to make time for studying; learn ways to redistribute key responsibilities.

Other workshops as needed.

## Academic Skills Assessments

Depending on the program you have applied to, you may be asked to take one or two skills assessments (tests) before you are placed in a program. Most of the tests are academic - they measure your ability in the areas of reading, writing, math, and critical thinking. Some are skills-related, and measure how well you perform certain job-related skills, like computer keyboarding. The purpose of the assessment/interview is to place you in the program most appropriate to your goals, interests and skills. Once you've applied to TUF programs you will be placed in a program based on your assessment scores provided there are slots and you meet the eligibility requirement.

Most of the Training Fund's programs have some assessment test requirement. Currently, the Training Fund administers the following assessments:

- **General Interview Assessment (GIA)**—a one-to-one interview that includes a short written test;
- **Center for Nursing Education and Training (C-NET) Predictor Exam**—a shortened version of the C-NET test required only for LPN applicants;
- **City University of New York (CUNY)/ACT Practice Exam**— a predictor written test given to members seeking to enter CUNY or other colleges;
- **Practice General Educational Development (GED) Test**— a shortened version of the 5-part GED;
- **Test of Adult Basic Education (TABE)**—a multiple-choice exam that tests the level of reading comprehension, vocabulary and math skills, including geometry and basic algebra;
- **An oral English language diagnostic**—for applicants to the English-as-a-Second Language (ESL) program.

Check the individual program descriptions in Sections 2 & 3 to see what, if any, test(s) is (are) required for your program of interest. Test requirements may change without notice.

## Career Planning Workshops

**Career Planning-I**—This workshop includes an overview of the current health care industry, a review of your interests and values, identification of your transferable skills, and information to begin creating your career/education

plan. The purpose of the workshop is to help you to make better education and career decisions. The College Bound CP-I workshop is required for entrance into some Training Fund programs. Check your program's requirements.

**Career Planning-II**—Most helpful if you are completing a Training Fund program or looking to change careers, this workshop begins with an updated look at the health care industry and how it has changed since you began your course of study. The other areas it covers are self-marketing techniques, resumé preparation, re-evaluation of goals and plans, and "next steps." You will be equipped with the skills needed to conduct a successful job search after training. This workshop is part of the completion requirements for some Training Fund programs. Check your program's final semester requirements.

## Educational and Career Counseling

Counselors may meet with you individually or include you in a small group session before, during and at the completion of your program of study. A counselor will review your transcripts, make program recommendations and referrals, guide you in researching career options, and help you to become more self-directed. Counselors also work with you to develop your job search skills so that you can seek an upgrade once you've finished the program.

There is a counselor assigned to most of the Training Fund programs, whether or not counseling is a requirement of the program. If you are in a program where counseling is required, you will meet with your counselor before entering the program, and once you've been accepted. If you are in a program that does not require counseling, you are encouraged to make contact with the counselor assigned to that program at least twice each semester (in person or by telephone). See your program's requirements regarding counseling.

Educational and career counseling is by appointment, by phone or on a limited walk-in basis. You can make an appointment by calling or stopping in at the Training Fund during regular business hours.

You might also receive individual or small group counseling if you are in a grant-funded program either at your institution or another location. Check with your program's Coordinator to see if counseling is a component of the program.

## Job Search Skills Development & Planning

During your final semester you may be required to meet with Training Fund staff to develop your job search plan. Counselors will teach you resumé creation, interviewing and other job search skills.

28

## Eligibility Requirements

To receive Educational and Career Counseling you must meet the following General Eligibility Requirements, as designated in the chart on page 16:

**A, D, E & F**

## How to Apply

Call (212) 643-9340 and ask to speak with an Member Services representative. The rep will ask you some preliminary questions, and can give you specific programmatic information, prior to recommending that you see a Counselor. If you reach their voicemail, leave a message and someone will return your call.

## When to Apply

There are no application deadlines for counseling services. You may call or come in throughout the year.

# Learning Centers

## DESCRIPTION OF SERVICES

In the Fund's Learning Centers you can participate in individual and small-group tutoring or workshops in selected subject areas. Training Fund staff and tutors help you to stay current with your class work, or move ahead of your class if you are already in a Training Fund program. If you are not in a program and need help with a particular subject area, the Learning Center staff will try to assign you a tutor. In addition to these services, you can earn your high school diploma through the Learning Center's External Diploma Program (EDP). The Centers are co-sponsored by the Consortium for Worker Education, and operated by the Adult Education/Workplace Skills Department.

The Learning Centers have computers, maps, newspapers, a lending library and many other educational resources to help you learn. Centers are currently located at:

- The Training Fund Main Site
  330 W. 42nd St. (between 8th & 9th Ave.)
  4th floor Library
  New York, NY 10036
  (212) 494-0573 or 0560

- The Brooklyn Cluster
  25 Elm Place (between Fulton & Livingston)
  6th Floor
  Brooklyn, NY 11201
  (718) 694-9750 ext. 287

- The Consortium for Worker Education
  275 Seventh Avenue (between 25th & 26th St.)
  16th Floor, Room 1648
  New York, NY

## Eligibility Requirements

You must be at least 21 years of age to receive services through the Learning Centers.

## When to Apply

There are no application deadlines for Learning Center services. You may call or come in throughout the year. Call (212) 494-0573 for information on days and times of service.

# Adult Education/Workplace Skills Programs

## DESCRIPTION OF PROGRAMS

The following programs are currently offered through the Adult Education/ Workplace Skills Department. All of the programs listed below are open to 1199/144 members, and non-members through funds provided by the Consortium for Worker Education.

Depending on need and the availability of funds, the Training Fund may offer a variety of job related credited and non-credit bearing certificate programs. Check with the Training Fund staff for a schedule and availability of current workplace skills programs.

## Learning Centers

Centers are available to provide individual or group tutoring, and access to learning resources. See page 30 for a detailed description and locations.

## High School Completion

- **GED/Pre-GED**
  The course is designed to prepare adults for the General Education Development (GED) high school equivalency exam. Students should expect a 60-hour intense 2 to 3-day class schedule, which includes exploring all aspects of standardized test taking. Some students may need basic skill instruction before being ready for the GED test-preparation course. Placement of new students is determined by their GED Practice Test scores.

- **External Diploma Program (EDP)**
  This is an individualized program for motivated and independent learners to earn a high school diploma through guided study. It provides a competency-based approach to high school completion, and awards a high school diploma upon completion of a portfolio demonstrating total mastery of 65 competencies. Demonstration of life management skills involving mathematics, reading comprehension and written expression is required. Applicants must read, write and compute math at a high school

level to enter this program. Placement of new students in the appropriate level is determined using the Test of Adult Basic Education (TABE).

## College Prep / Pre-College

A comprehensive curriculum designed to prepare students for the CUNY entrance examination. Focus areas are reading comprehension, essay writing, algebra, and aspects of standardized test taking. Students should expect a 60-hour intense 2 to 3-day per week class schedule. Placement of new students is determined using the Practice CUNY test.

## Certified Nursing Assistant (CNA)

The CNA course provides the basic concepts associated with all around client care, such as skin care, taking vital signs, and rehabilitative and preventive activities. To be eligible for this program, you must have a high school diploma or GED.

## C-NET Prep/Pre-LPN

The CNET & Pre-LPN Programs are separate, 60-hour courses designed to prepare the student to successfully pass the C-NET examination for Licensed Practical Nursing.

## Electrocardiography (EKG) and Phlebotomy

Open to current Certified Nursing Assistants (CNA) and Licensed Practical Nurses (LPN), this certificate course trains participants to be EKG/phlebotomy technicians.

## Central Sterile Processing and Distribution (CSPD) Certification

This course is designed for current, experienced CSPD workers, to prepare them for the certification exam.

## Computer Skills – $25 registration fee required

- **Basic**
  An introduction to the fundamentals of computer use for students who have little or no previous knowledge of computers. Students are introduced to word processing using Microsoft Word, and learn the formatting and editing features of the program by creating basic documents.
- **Intermediate**
  Students in this course learn some of the more advanced word-processing, spreadsheet functions and databases. This course is for students who have successfully completed Computer Basic, or who have acquired the equivalent knowledge, as shown by our testing procedures.
- **Advanced**
  This course will focus on exploring the PowerPoint window by navigating through a presentation, editing and formatting slides. This course is designed to integrate Word and Excel with PowerPoint. This course will enhance your business proposals and professional presentations. This course is for students who have successfully completed Intermediate Computer.

All computer courses have 60 hours of instruction.

## Medical Terminology

An introduction to human anatomy and physiology, this is a 30-hour intensive course in medical terminology for the health professions. Learn the basic structure, functions and diseases of the human body as you learn to recognize and differentiate word parts and their meanings. You will learn the twelve systems of the body along with diagnostic and laboratory tests. To be eligible for this program, you must have a high school diploma/GED.

## Eligibility Requirements

To participate in Adult Education/Workplace Skills Programs, you must be at least 21 years old. Other than a high school diploma, where specifically stated, there are no other requirements for most of these programs.

Requirements for workplace skills programs may vary depending on the program and the location in which it is offered.

## Admissions Requirements

**Required documents:** Copy of high school diploma/GED (College Prep, Pre-LPN and Certified Nurse Assistant ONLY)

**Required assessments:** Depending on the program you are applying for, and any previously recorded test scores, you may be required to take at least one of the following exams: the Training Fund General Interview Assessment; TABE; computer skills diagnostic; or C-NET Predictor.

**Required workshops: For students in the GED program –** Academic Skills Workshop Series, during your first semester of program participation. See page 26, "Admission and Counselling," for a description of the Academic Skills Workshops.

## How to Apply

To apply to Adult Education/Workplace Skills programs, you must complete the following General Application Procedures as designated in the chart on page 18:

**STEPS 1 through 6 —** all programs

## When to Apply

Fall Term                              June 1 - August 20

Winter & Spring Terms                  October 1 - December 15

35

# Citizenship and Second Language Programs

## DESCRIPTION OF PROGRAMS

This department provides a variety of special programs, many designed to especially service 1199/SEIU members who immigrated to this country. Through this department you can participate in educational programs to help in the process required to become a U.S. citizenship. You can also strengthen your understanding, speaking, reading and writing skills if English is not your first language. If Spanish is your first language, you can study for and take the GED in Spanish. If Spanish is not your first language, you can develop conversational skills in Spanish while enrolled in a class just for health care workers.

The programs available through this department are categorized in two areas: THE CITIZENSHIP PREPARATION PROGRAM and SECOND LANGUAGE PROGRAMS.

## The Citizenship Preparation Program

Sponsored jointly by the Training Fund and the 1199 National Benefit Fund (NBF), this program is designed to help 1199ers and their eligible family members with the Immigration and Naturalization Service (INS) process to become U.S. citizens. After you have met with an NBF caseworker, you may be referred to citizenship classes sponsored by the TUF. In some cases, participants in the Citizenship program are recruited from other TUF programs, or directly through on-site recruitment at their institutions.

The citizenship classes will help you succeed in the INS interview for which you need to demonstrate fluency in English and knowledge of U.S. government, history and civics. These classes will also help you develop the communication strategies you will need for the interview with INS officials. There are three different citizenship classes that members will be referred to:

- **Citizenship Prep** is for you if you are English-speaking, or speak English as a second language with native-like proficiency, and need to refresh your civics knowledge. The class provides an overview of the history and government of the U.S., and a review of the 100 INS questions.

- The **ESL/Citizenship class** is for non-native speakers of English who need to increase their English skills in order to prepare for the INS interview and the English/Civics exam. This is a content-based citizenship class that provides comprehensive preparation to fulfill INS requirements. If you are placed in this class, you can develop your speaking, listening, reading and writing abilities as you are exposed to information about US government and history.

- **Citizenship Refresher Course** is for you if you speak English and need to review the naturalization process as it relates to the INS interview and exam. The focus will be mainly on interview strategies and techniques. There will also be an opportunity to view actual INS interviews on video.

## Basic Eligibility Requirements

These programs are funded through the Consortium for Worker Education. They are available to all union workers who are twenty-one (21) years old and over, and their eligible family members. You must be a legal permanent resident of the United States for five or more years, or for three or more years if you are married to a U.S. citizen. Other INS requirements will apply.

## Admissions Requirements

None

## How to Apply

Ask your union delegate for a Citizenship Coupon, or pick one up from the Training Fund's reception desk at 330 West 42nd Street, 2nd floor, and follow the directions on the coupon. If you have additional questions call (212) 643-9340 and ask to speak with a Citizenship Program representative.

## When to Apply

You can apply at any time during the year.

37

## Second Language Programs

If you want or need to learn English, or another language that is not your first, these are programs designed for you. In addition, through this department, a preparation program is available to you if you want to take the GED in Spanish. Other second language programs will be added as the department grows. The programs currently available are:

- **GED/Spanish — 2 levels** — This course helps you prepare for the official exam by emphasizing writing, general comprehension, math and test-taking skills. Classes are taught totally in Spanish, and are designed for all Spanish speakers. At the end of the course, you will take the Spanish-language edition of the GED test.

- **English as a Second Language (ESL) — 4 levels** — The ESL classes are designed especially for adults whose first language is not English. The program assists you in understanding, speaking, reading and writing in the English language. The ESL oral English language diagnostic test is used to determine in which class new students will be placed.

- **Spanish for Health Care Workers — 2 levels** — First level classes help you to develop the basic conversational skills needed in health-related settings, and offer an immersion in the fundamentals of Spanish language and culture. The intermediate level classes will enhance your Spanish language development, and your ability to interact effectively in health care environments.

- **Other foreign language programs** — As the need arises, the Training Fund may institute other second language programs. The aim will be to assist you and other eligible health care workers in your need to communicate more easily and efficiently with patients.

## Eligibility Requirements

These programs are funded through the Consortium for Worker Education. They are available to all union workers who are twenty-one (21) years old and over, and their eligible family members.

## How to Apply

To apply to Second Language Programs, you must complete the following General Application Procedures as designated in the chart on page 18:

**STEPS 1 through 6 —** all programs
**STEP 7 —** Spanish for Health Care Workers only

## When to Apply

Fall Term                June 1 - August 20

Spring Term              October 1 - December 15

Summer Term              April 1 - May 31

39

# College & Financial Assistance Programs

This department makes a variety of college level programs available to you if you have a verifiable high school diploma or GED. You can participate in a program as a fully Fund-sponsored or partially sponsored student, through a pre-paid tuition arrangement, or on the basis of a limited reimbursement. All programs require you to maintain a specific grade point average to continue your participation.

The programs are categorized in two areas: TUITION ASSISTANCE PROGRAMS and PROFESSIONAL & TECHNICAL PROGRAMS.

## TUITION ASSISTANCE PROGRAMS

The Training Fund offers several Tuition Assistance programs for members who are pursuing degrees, diplomas and certificates in professional and technical health care programs. For most of these programs you pay your tuition up front, and then are reimbursed for some or all of it. The Tuition Voucher Program, however, gives you the chance to attend college with little or no out-of-pocket expenses. The Tuition Assistance programs include:

- **Tuition Voucher Program - City and State Universities of New York**

- **Tuition Reimbursement - Degree Programs**

- **Tuition Reimbursement - Continuing Education**

- **Tuition Reimbursement - LPN and Hospital-based Programs**

*New programs may be offered after the publication of this book. Please check with Training Fund staff to determine the availability of new Tuition Assistance programs.*

## Tuition Voucher Program—
## City and State Universities of New York

### PROGRAM DESCRIPTION

This program will allow you to attend courses at City University of New York (CUNY) colleges and State University of New York (SUNY) senior and select SUNY junior colleges, without having to pay your tuition up-front. The Training Fund will issue you a tuition voucher each semester that you will present to the Bursar at your CUNY/SUNY school in lieu of tuition payment. Provided you maintain your eligibility, at the end of each semester, the Training Fund will pay CUNY/SUNY for your tuition costs. The tuition maximum is 6 credits per semester and 24 credits per year for regular, full-time Employees. If you work part-time, as detailed in the Eligibility Requirements section of this Voucher Program description, you are eligible to have your tuition costs paid on a pro-rated basis. Tuition will be paid only for those college-credit courses:

1. In which you receive a grade of a least 'C', and;
2. A. Which lead to a degree that can be used for advancement with the employer, or;
    B. Which can lead to advancement in health care or related fields, or;
    C. That are part of the Training Fund-CUNY HC[4] program, or;
    D. That are in your direct area of employment.

If you receive a grade of 'C-' (C minus) or less , including 'W' (or other Withdrawal grade), 'INC' (Incomplete), or another administrative grade in (a) course(s), you will be responsible to pay the tuition costs directly to your CUNY or SUNY institution. 'INC' and other applicable administrative grades must be finalized before the end of the following semester to be considered for reimbursement.

Slots for new applicants are limited.

If you are a first time applicant for tuition assistance, you must submit your supporting documents within sixty (60) days of your last class.

41

## General Eligibility Requirements

To be eligible to receive a Training Fund CUNY or SUNY Tuition voucher you must meet the following General Eligibility Requirements, as designated in the chart on page 16:

**A, C, E, H & I**

## Academic Requirements

### TO ENTER THE PROGRAM

### FOR CONTINUING COLLEGE STUDENTS:

If you are a current CUNY or SUNY student or a student transferring into a CUNY or SUNY school, or if you have changed your major or CUNY/SUNY school, and you are applying for the voucher program for the first-time, you must demonstrate to the Training Fund that you have a cumulative grade point average of 2.0 or greater. If you are a first-time Tuition Assistance applicant or a continuing student who has not previously done so, you must also submit a Training Fund General Enrollment Form (GEF) and attend the appropriate Fund-sponsored career/college-oriented workshop before registering for your semester classes. See page 27 for a complete description of the College Bound and CP-I workshop.

### FOR NEW COLLEGE STUDENTS:

If you have your High School diploma or GED but no previous college credits, and are seeking entrance into CUNY or SUNY, you may be eligible for the Tuition Voucher Program provided that you complete the following application procedures during the appropriate Intake Period, and before you register for your classes:

- Attend the Training Fund's College Bound workshop. See page 27 for a description.
- Submit a Training Fund General Enrollment Form;
- Meet with a Training Fund staff member;
- Pass the the CUNY/ACT, or show that you passed it within the previous year; and/or pass the CUNY or SUNY Assessment Test (or show that you passed it previously);
- Meet with Training Fund staff to have your proposed courses approved.

Based on your previous academic record and your assessment scores, the Training Fund may require that you do one of the following:

- Take developmental courses through the Training Fund, or other approved institution. (The Voucher can not be used to pay for developmental or remedial courses); or
  - Enroll in the Training Fund/CUNY HC[4] Program (see page 53); or
  - Enroll in regular CUNY or SUNY classes.

## Prerequisite Courses Through HC[4]

If you are or will be enrolled in CUNY and your academic program requires that you take the following college-level pre-requisite courses, you must take the courses in the Training Fund's CUNY HC[4] program (see page 53):

• Your first two English courses  • Introduction to Psychology
• Biology with a Lab

## For Continued Eligibility

After the completion of each semester, during each corresponding application intake period (see page 50), you must demonstrate to the Training Fund that you have a 2.0 or greater cumulative Grade Point Average (GPA).

### IF YOUR CUMULATIVE GPA FALLS BELOW 2.0

If you have received the TUF Tuition Voucher for one (1) or more semesters and your cumulative grade point average drops below a 2.0, you will not be issued a voucher for the next semester in which you are enrolled in school. During the period that you are ineligible for the voucher program, you may apply for tuition reimbursement through the Training Fund's Tuition Assistance Program provided you meet all the eligibility requirements, and adhere to the program's application procedures and deadlines. You will not be eligible to receive another voucher until you can demonstrate to a designated Training Fund staff member that your GPA is again 2.0 or higher.

**IF YOU RECEIVE A COURSE GRADE OF 'C-' (C MINUS) OR LESS, 'W' (WITHDRAWAL), 'INC' (INCOMPLETE), OR OTHER ADMINISTRATIVE GRADE**

If you receive a C- or less, a 'W' (or other Withdrawal grade), an 'INC', or other Administrative grade in (a) course(s) for which a TUF Tuition Voucher was presented in lieu of payment, you will be responsible to pay the tuition costs for that (those) course(s). At the end of each semester your school will bill you directly for all of those courses. If you fail to pay this tuition bill, you will not be allowed to enroll the following semester as a CUNY/SUNY student.

Students receiving 'INC' or other applicable administrative grades must submit a final grade by the end of the following semester to be considered for TUF reimbursement for that (those) course(s). Once the bill for that (those) course(s) is paid, and so long as all other program requirements are met, you will be eligible to receive a voucher for the next semester that you are enrolled.

## Admissions Requirements

You must meet the minimum academic and other requirements of the academic program or course for which you are applying to receive a Tuition Voucher.

## Tuition Reimbursement - Degree Programs:

You may receive reimbursement of tuition for training/education which takes place at local accredited colleges and universities in a program that provides for matriculation. Tuition may be reimbursed for a maximum of six (6) credits per semester and 24 credits per year for regular full-time Employees. If you work part-time, as detailed in the Eligibility Requirements section of this program description, you are eligible to receive reimbursement on a pro-rated basis. **Temporary Employees are not eligible for these programs.**

Tuition is reimbursable only for those courses which are approved in advance in accordance with the selection procedures set forth on page 84. You can receive reimbursement for college-credit courses:

In which you receive a grade of a least 'C', and any one of the following:

A. Which lead to a degree that can be used for advancement with the employer, or;

B. Which can lead to advancement in health care or related fields, or;

C. Are in your direct area of employment, or;

D. Which lead to a certificate in a Fund-selected, approved non-health care area.

You must check with Training Fund staff to determine which non-health care areas are approved before entering any program, to be sure that tuition for the program you want will be reimbursed. There are occupations for which the Fund does not provide tuition reimbursement.

All scholarships, other tuition assistance and financial aid (excluding student loans and Pell grants) you receive will be deducted from the amount of your reimbursement.

## Tuition Reimbursement - Continuing Education

You may receive reimbursement of tuition/registration fees for conferences, workshops, seminars and other programs specifically related to your continuing education in technical, professional, therapeutic and other health care skills presently required by the Employer, or of value in the future in health care and related fields. The extent of the reimbursement will be as determined by the Trustees by resolution, up to a limit of $750 per year for regular, full-time Employees.

If you are in an approved/selected certificate program that has been approved by the Trustees for such reimbursement, you may receive reimburse-

45

ment at the rate of students pursuing degree programs at a City University of New York school.

Reimbursement for all applicants is payable upon presentation of documentation indicating the award of Continuing Education Units ("CEUs"), or of certificates indicating satisfactory completion. A complete application, along with documentation, must be submitted within 90 days of the course completion date.

If you work part-time, as detailed in the Eligibility Requirements' section of this program description, you are eligible to receive reimbursement on a pro-rated basis.

## Tuition Reimbursement - LPN and Hospital-based Programs

The Training Fund will reimburse regular, full-time eligible members enrolled in a Fund approved Licensed Practical Nurse program at a rate no higher than the rate paid for the Fund-sponsored LPN program. (Refer to a complete description on page 55.) The Fund will also reimburse regular, full-time members enrolled in a Fund-approved hospital-based professional level training program, no more than the rate charged by The City University of New York (CUNY) for the same program. If you work part-time, as detailed in the Eligibility Requirements' section of this program description, you are eligible to receive reimbursement on a pro-rated basis.

To receive the reimbursement, you must submit a copy of your diploma or certificate of completion, along with an itemized tuition statement from your school indicating full payment.

All scholarships, other tuition assistance and financial aid (excluding student loans and Pell grants) you receive will be deducted from the amount of your reimbursement.

## General Eligibility Requirements

To be eligible to receive Tuition Reimbursement you must meet the following General Eligibility Requirements, as designated in the chart on page 16:

**A, C, E, H & I**

46

Your employment eligibility (full-time and part-time), must be verified by your Employer.

Part-time Employees whose eligibility has been verified may be eligible for a minimum pro-rated reimbursement of 60% (before financial aid deductions) of the maximum amount for Full-time Employees. Temporary Employees are not eligible for Tuition Assistance programs.

If you are a first time applicant for degree, LPN or hospital-based program reimbursement, you must submit your supporting documents within sixty (60) days of your last class. If you are applying for Continuing Education reimbursement, you must submit your documents within 90 days of your program completion.

## Admissions Requirements

To be eligible to receive Tuition Reimbursement, you must:

- Meet the minimum academic and other requirements of the program or course for which you are applying for reimbursement;
- Meet with Training Fund staff in person, prior to registering for a course or program; and
- Participate in the appropriate Fund-sponsored college/career-oriented workshop if you are applying for the first time for reimbursement through any of the following programs:

  Undergraduate degree

  LPN, or

  Hospital-based

# How Much of the Tuition Cost is Covered?

## For All Tuition Assistance Programs:

**FULL-TIME EMPLOYEES:**

· If you are a Full-time Employee, you may receive reimbursement or a voucher for a maximum of six (6) credits per semester, and twenty-four (24) credits per academic year (September through August).

47