**PART-TIME EMPLOYEES:**

If you are a regular Part-time Employee, you must be working at least three-fifths (3/5) of a full-time schedule in order to be eligible to participate in the reimbursement or voucher program. The amount of the reimbursement or voucher will be based on the number of hours that you work compared with that of a Full-time Employee. For example, if you work twenty-one (21) hours a week, (three {3} days) in a job with a normal full-time work week of thirty-five hours, you may receive a voucher or reimbursement in an amount equivalent to sixty percent (60%) of your pre-approved course tuition. The maximum voucher or reimbursement you can receive is for coverage of six (6) credits per semester. In all cases, the amount of assistance will be determined after deducting all scholarships, tuition assistance and financial aid (except Pell grants and student loans) for which you may be eligible.

## How to Apply

### For All Tuition Assistance Programs:

**When applying to any of the Tuition Assistance programs you must:**

1. Participate in the appropriate Fund-sponsored college/career-oriented workshop (see page 27) if you are a first-time Tuition Assistance applicant. Call (212) 494-0568 and follow the directions on the recording to request a copy of the workshop schedule.

2. Meet in-person with a Training Fund staff member during the appropriate intake period for pre-approval of the course(s) of study for which you will be applying for reimbursement or a voucher. The meeting should take place prior to registering for that (those) course(s). First-time TA applicants, new college students and continuing TA students who have not already done so must also submit a Training Fund General Enrollment Form (GEF) at that time. New degree and voucher students must take the required assessment(s).

3. Submit your application to an authorized Training Fund staff member during the corresponding application intake period as detailed on page 46, and only for the semester for which you are applying for reimbursement or a voucher.

- **Degree and Voucher applicants**—File a new Tuition Assistance application, in-person, each semester that you are enrolled in school and participating in the program.

48

- **Continuing Education applicants**—File an application within ninety (90) days of completion of your program.

**Late applications will be accepted ONLY in cases where regular school registration periods occur after TA intake periods. Proof is required.**

In order for your application to be complete, you must also submit the following original documents:

    a) An itemized bursar's receipt or tuition statement indicating payment in full

    b) Employment Verification from your Employer stating your:

        Date of Hire

        Employment Status - full or part-time

        Job title and department, and whether you are a regular or temporary Employee.

        TEMPORARY EMPLOYEES ARE NOT ELIGIBLE.

    If you are Part-time, your Employer must also indicate:

        the regular full-time hours at your institution; and

        the number of hours you work per week or pay period.

**Degree and Voucher Students, in addition to (a) & (b) above, must submit:**

    c) Proof that you applied for Financial Aid, and a letter from your school detailing your award or rejection of award for Financial Aid.

    d) An application letter, when applying for the first time and each Fall semester thereafter, from the Dean of your school indicating the degree program and major you are enrolled in. This letter must be submitted along with the application before the last day of the Intake period.

    e) A college-level Grade Report or transcript showing your cumulative Grade Point Average (continuing and transferring Voucher students only) and/or semester grades.

    f) Proof of your CUNY Assessment Test scores (first time Voucher students only)

**Continuing Education, LPN and hospital-based program students, in addition to (a) & (b) above, must submit:**

    g) Proof of attendance in your program of study, or a copy of your certificate of completion.

49

## When to Apply

**FOR ALL NEW TUITION ASSISTANCE APPLICANTS AND ALL VOUCHER PROGRAM PARTICIPANTS**

| | |
|---|---|
| Fall Term | June 1 – August 20 |
| Winter Inter-session & | |
| Spring Terms | October 1 – December 15 |
| Summer Term | April 1 – May 31 |

**FOR PREVIOUSLY REIMBURSED (EXCEPT FOR CONTINUING EDUCATION COURSES) TUITION ASSISTANCE PROGRAM PARTICIPANTS)**

| | |
|---|---|
| Fall Term | January 31 – March 31 |
| Winter Inter-session & | |
| Spring Terms | May 31 – July 31 |
| Summer Term | August 31 – October 31 |

**FOR ALL PARTICIPANTS SEEKING REIMBURSEMENT FOR CONTINUING EDUCATION COURSES**

A complete application, along with documentation, must be submitted within 90 days of the course or activity completion date.

**During each Intake Period Tuition Assistance applications will be accepted from you, in-person, at the Training Fund during the following hours:**

| | |
|---|---|
| Monday through Friday | 9:00am - 5:00pm |
| The last TWO Wednesdays of each month* ONLY | 9:00am - 8:00pm |

*Where the Wednesday late night is a Training Fund holiday, or the Wednesday before Thanksgiving, the late night will occur on the Tuesday before.

## Final Semester Requirements

### CAREER PLANNING II

If you are completing an undergraduate degree, LPN diploma, or hospital-based program, you must attend a Career Planning II workshop during your final semester of study. This workshop is required in order for your last semester tuition costs to be covered or reimbursed by the Training Fund.

### JOB SEARCH SKILLS DEVELOPMENT & PLANNING

In addition, you may be required to meet with Training Fund staff to develop a job search plan. The workshop and the plan are intended to assist you with finding employment appropriate to your new academic level.

**See page 28, "Admissions & Counseling", for a description of both the Career Planning-II workshop and Job Search Skills Development and Planning.**

## PROFESSIONAL AND TECHNICAL PROGRAMS

The Training Fund offers a variety of programs for members who are pursuing degrees and diplomas in professional and technical health care disciplines. These programs include:

- **The Health Careers College Core Curriculum (HC⁴)**

- **Licensed Practical Nurse Program (LPN)**

- **Physical Therapy Assistant Program (PTA)**

- **Full-time Pharmacy Program**

- **Registered Nurse (RN) Associate Degree Program**

- **The Martin L. Shields Advanced Education Grants Program**

- **The Forgivable Loan Program**

- **Approved Pre-professional Practice Program (AP⁴) Dietetic Internship**

- **Credentialed Alcohol and Substance Abuse Counseling (CASAC) Certification Prep**

- **Operating Room Technician**

*New programs may be offered after the publication of this booklet. Please check with Training Fund staff to determine the availability of new Professional and Technical Programs.*

# The Health Careers College Core Curriculum (HC⁴)

## PROGRAM DESCRIPTION

HC⁴ is a college credit program in which you can fulfill some basic course requirements which apply to a variety of associate and baccalaureate health-related degree programs. Classes are pre-paid, and if qualified, you can also receive a book stipend.

The HC⁴ classes are offered at the Training Fund and at some CUNY campuses throughout the city. You may take up to 37 college credits toward a degree. As an HC⁴ participant, your tuition is paid directly to CUNY by the Fund, for up to eight (8) credits per semester.

Registered students who drop out or who do not receive a grade of 'C' or better in a course paid for by the Fund through HC⁴, must reimburse the Fund for the cost of that course. Until reimbursement is received by the Fund, you cannot take further courses through the Fund. Once reimbursement is received, you can take additional CUNY courses in the HC⁴ Program.

## Eligibility Requirements

To Participate in the HC⁴ Program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

**A , C , E , H & I**

## Admissions Requirements

You must:
- Have a high school diploma or GED
- Pass the CUNY Skills Assessment Test.

## How to Apply

To Participate in the HC[4] Program, you must complete the following General Application Procedures as designated in the chart on page 18:

### STEPS 1 through 7

**Required documents:** High school diploma/GED; CUNY test scores; all previous transcripts
**Required assessments:** CUNY/ACT Practice Exam and/or CUNY/ACT
**Required workshops:** College Bound or Career Planning-I (see page 27) as appropriate

## When to Apply

| | |
|---|---|
| Fall Term | June 1 – August 20 |
| Winter& Spring Terms | October 1 – December 15 |
| Summer Term | April 1 – May 31 |

## Final Semester Requirements

During your final semester in the HC[4] program, you must meet with a Training Fund staff member/Counselor to review next steps in your educational plan.

# Licensed Practical Nurse Program (LPN)

## PROGRAM DESCRIPTION

This program sponsors students in the New York City Board of Education Licensed Practical Nurse program. The part-time, two year program provides classroom instruction and supervised clinical practice. Classes meet evenings and weekends. The Training Fund pays your full tuition and gives you assistance with the cost of books, uniforms, and student activity fees.

## Eligibility Requirements

To participate in the LPN Program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

**A, B, E, H & I**

## Admissions Requirements

High school diploma or GED

## How to Apply

To Participate in the LPN Program, you must complete the following General Application Procedures as designated in the chart on page 18:

**STEPS 1 through 7**

**Required documents:** High school diploma/GED; CUNY test scores; all previous transcripts
**Required assessments:** C-NET Predictor Exam and C-NET
**Required workshops:** TUF Academic Skills Workshop series

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

Application Deadline for Fall Term consideration     May 31

Application Deadline for Spring Term consideration    October 31

## Final Semester Requirements

### CAREER PLANNING-II

During your final semester before graduation, you must attend the Career Planning-II Workshop. This workshop will give you the opportunity to learn about current employment trends in the health care industry, self-marketing techniques, resumé preparation, and re-evaluation of your career goals and plans.

### JOB SEARCH SKILLS DEVELOPMENT & PLANNING

During your final semester you are required to meet with Training Fund staff to develop your job search plan. You will also have the option to take a short resume-writing course.

**See pages 26–28, "Admissions & Counseling," for a description of the Academic Skills and Career Planning-II workshops, and Job Search Skills Development & Planning.**

## Physical Therapy Assistant Program (PTA)

## PROGRAM DESCRIPTION

The Training and Upgrading Fund sponsors students in New York University's Physical Therapy Assistant program leading to an A.A.S. degree. The three year curriculum consists of course work, laboratory science, and clinical internships. If accepted into this program, you will attend courses part-time, according to your schedule. Tuition costs, book expenses, and student activity fees are paid by the Training Fund. Seats are limited and are only available to students who have not already earned a college degree through the Training Fund.

## Eligibility Requirements

To participate in the PTA Program, you must meet the following General Eligibility Guidelines as designated in the chart on page 16:

**A, B, E, H, & I**

## Admissions Requirements

You must have:

- A high school diploma or GED
- A minimum of twelve (12) college credits, with an overall GPA of 2.5 or more
- Passed at least one lab science course

## Academic Requirements

You must maintain a minimum Grade Point Average (GPA) of 2.7 to remain enrolled in the program.

57

## How to Apply

To participate in the PTA Program, you must complete the following General Application Procedures as designated in the chart on page 18:

### STEPS 1 through 7

**Required documents:** High school diploma/GED; CUNY test scores; all previous transcripts
**Required assessments:** CUNY Skills Assessment and the NYU Admissions Exam
**Required workshops:** TUF Academic Skills series

Prior to registration, you must meet with your assigned Training Fund counselor.

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

Application Deadline for Fall Term consideration                     May 31

Application Deadline for Spring Term consideration                October 31

## Final Semester Requirements

### CAREER PLANNING-II

During your final semester before graduation, you must attend the Career Planning-II Workshop.

### JOB SEARCH SKILLS DEVELOPMENT AND PLANNING

During your final semester you are required to meet with Training Fund staff to develop your job search plan.

**See pages 26–28, "Admissions & Counseling," for a description of the Academic Skills and Career Planning-II workshops, and Job Search Skills Development & Planning.**

## Full-Time Pharmacy Program

## PROGRAM DESCRIPTION

In cooperation with 1199, St. John's University in Jamaica, NY provides members who have a strong science background with the opportunity to become Doctors of Pharmacy. Participants may qualify for a maximum 4-1/2 year leave of absence from work, and a stipend. Class schedules will vary depending on the individual's selection; courses are offered Monday through Saturday, 8:00am–9:00pm. Classes begin in the fall and spring, but depending on your institution, you may be able to begin in the Summer. In addition, review classes are available during the summer.

## Eligibility Requirements

To participate in the 1199/St. John's University Full-time Pharmacy program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

### A, C, E, H, & I

## Admissions Requirements

In addition to the above, you must demonstrate to the fund that you have:

- A minimum of 39 successfully completed transferable college credits.
- A sufficient number of science credits to place in the latter half of the second year of study.
- A minimum overall Grade Point Average of 2.5

## Academic Requirements

You must maintain a minimum 2.5 Grade Point Average to remain in the program.

## How to Apply

To participate in the Full-time Pharmacy program, you must complete the following General Application Procedures as designated in the chart on page 18:

### STEPS 1 through 7

**Required documents:**
- Employment verification letter stating job title, date of hire and salary;
- All previous college transcripts. (**NOTE:** Foreign transcripts *must* be evaluated by the World Education Services, New York City. Evaluations from other agencies will not be accepted.)
- Your two most recent pay stubs.

## When to Apply

| | |
|---|---|
| Fall Term | May 1 – July 30 |
| Spring Term | September 1 – November 30 |
| Summer Term | January 1 – March 30 |

## Final Semester Requirement

### JOB SEARCH SKILLS DEVELOPMENT AND PLANNING

During your final semester you may be required to meet with Training Fund staff to develop your job search plan. See page 28 for a description.

## Registered Nurse Associate Degree Program

### PROGRAM DESCRIPTION

This program allows members who attend the HC⁴ program (see page 53) and/or have up to 24 credits in core courses to articulate to an accredited part-time, two-year nursing degree program. The curriculum of this rigorous academic program consists of course work, laboratory studies and a clinical internship. There are a limited number of seats and admission is competitive. Once the Fund accepts you for sponsorship in the program, it will pay for your tuition, books, and fees. Participating students attend class days or evenings, part-time for approximately three years.

### Eligibility Requirements

To participate in the RN Associate Degree Program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

**A, B, E, H, & I**

In addition, you must meet all of the academic and physical prerequisites of the school you will be attending.

### Admissions Requirements

To apply to this program you must:
- have a high school diploma or GED
- Pass all three sections of the CUNY Assessment Test (CUNY/ACT)
- Demonstrate academic proficiency by successfully completing the following prerequisite courses:
  - English I & II
  - Psychology I
  - Abnormal or Developmental Psychology
  - Public Speaking
  - Basic Biology

61

- Sociology
- Anatomy & Physiology I & II
- Computer Skills

- You must have earned the above credits with
  - A minimum overall grade point average (GPA) of 2.7.
  - A minimum science grade point average of 2.50.

## Academic Requirements

To remain in this program you must maintain a minimum 2.7 Grade Point Average.

**Sponsorship:** In the case where eligible applicants exceed the number of available seats, the Board of Trustees shall determine the members selected for training. Previous academic performance, the school's admission standards, and seniority in 1199/SEIU will be used as selection criteria.

## How to Apply

To participate in the Registered Nurse Associates Degree Program, you must complete the following General Application Procedures as designated in the chart on page 18:

### STEPS 1 through 4

**Required documents:**
- A completed Training Fund General Enrollment Form (GEF)
- Proof of employment (copies of two current pay-stubs indicating payment of union dues)
- A copy of all previous college transcripts

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

Application deadline for Fall term consideration          May 31

Application deadline for Spring term consideration          October 31

## Final Semester Requirements

### CAREER PLANNING II

During your final semester before graduation, you must attend the Career Planning II workshop. This workshop will give you the opportunity to learn about current employment trends in the health care industry, self-marketing techniques and resume preparation, and a chance to re-evaluate your career goals and plans.

### JOB SEARCH SKILLS DEVELOPMENT AND PLANNING

During your final semester you are required to meet with Training Fund staff to develop your job search plan.

For a complete description of Career Planning II and Job Search Skills Development and Planning, see page 28, "Admissions & Counseling."

# The Martin L. Shields Advanced Education Grants

## PROGRAM DESCRIPTION

The Martin Shields Program provides full tuition funding for Full-time Employees enrolled in degree or hospital-based programs, who are training for fields where there is a shortage of Employees, as determined by the Training and Upgrading Fund's Board of Trustees. Training must be for more than 6 credits per semester, and must be completed within three (3) years. The award covers the cost of tuition and books only and does not provide or pay for time off from work to go to school. Once accepted into the program you can convert to Part-time work status, with permission from your Employer.

The amount of assistance you receive will be determined after deducting all scholarships, other tuition assistance and financial aid, except student loans and Pell grants. If you maintain a 2.7 grade point average, you can renew your scholarship each semester.

**Check with Training Fund staff to obtain a list of approved programs eligible for the Martin Shields Grant. Other programs of study will be considered on a case-by-case basis.**

### Eligibility Requirements

To participate in the Martin Shields Program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

### A, B, E, H, & I

In addition you must demonstrate to the Fund that you have been accepted to the clinical/professional component of the program of study that you have selected.

You can not apply to this program if you are a Temporary or Part-time Employee, or an Employee who is receiving disability benefits.

## Admissions Requirements

You must meet the minimum academic and other requirements of the program or course for which you are applying for the Martin L. Shields Advanced Education Grant. If you are a continuing student in a professional program, you must have a minimum overall Grade Point Average of 2.5 to be considered for a Martin Shields grant.

## Academic Requirements

You must meet the minimum academic and other requirements of the program or course for which you are applying for the Martin Shields grant. You must also maintain a minimum overall Grade Point Average (GPA) of 2.7 to remain enrolled in the program.

## How to Apply

To participate in the Martin Shields Program, you must complete the following General Application Procedures as designated in the chart on page 18:

### STEPS 1 through 4

**Required documents:**

- An acceptance letter from the professional program of the school you will be/are attending that indicates:
    - the degree, certificate or diploma sought
    - the requirements for completion
    - the length of time anticipated for program completion, including proposed date of graduation
- A copy of transcripts from all current and previous colleges attended
- A copy of two most recent paycheck stubs indicating proof of employment in a Bargaining Unit position
- Proof of application for Financial Aid

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

| | |
|---|---|
| Application Deadline for Fall term consideration | May 31 |
| Application Deadline for Spring term consideration | October 31 |

## Final Semester Requirements

### CAREER PLANNING-II

During your final semester before graduation, you must attend the Career Planning II workshop. This workshop will give you the opportunity to learn about current employment trends in the health care industry, self-marketing techniques and resumé preparation, and a chance to re-evaluate your career goals and plans.

### JOB SEARCH SKILLS DEVELOPMENT AND PLANNING

During your final semester you are required to meet with Training Fund staff to develop your job search plan.

**For a complete description of Career Planning II and Job Search Skills Development and Planning, see page 28, "Admissions & Counseling."**

## Forgivable Loan Program

## PROGRAM DESCRIPTION

The Forgivable Loan Program provides you, if you are a Full-time, regular Employee, financial assistance in the form of a loan. To get the loan you must be enrolled full-time in a professional-level degree, certificate or diploma program (according to the regulations of that program) in a shortage health care or related occupational field at an accredited educational institution or teaching hospital. The loan is "forgiven" if, upon completion of your program of study, you work for a specified period of time in an upgraded position for an Employer who pays into the Training Fund.

Upon acceptance into this program, the Training Fund will assist you in obtaining release time from work in order to go to school. Your loan partially covers your salary for one to three days of release time per week. You may also be eligible for additional unpaid release time. In addition, after deducting all scholarships, tuition assistance, and financial aid (excluding Pell Grants and student loans) for which you are eligible, the Training Fund pays the costs for your tuition, books, lab fees, uniforms and other educational expenses.

The number of available program slots and the training programs to which they apply shall be determined by the Trustees. The maximum length of time you can receive Forgivable Loan assistance is equal to your years of seniority or two (2) years, whichever is less. When necessary, the Fund will make contributions on your behalf to the 1199 National Benefit Fund/SEIU and/or to the 1199 Pension Fund for Health Care Employees in an amount determined by the Trustees, if required to ensure full, continued health coverage and service credits toward your pension.

## Eligibility Requirements

To participate in the Forgivable Loan Program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

**A, B, E, H, & I**

In addition:

- You must have worked for your employer in your current position for the entire 1 year period.
- You must demonstrate to the Fund that you have been accepted to the clinical/professional component of the program of study that you have selected.

You can not participate in this program if you are a Temporary or Part-time Employee, or an Employee who is receiving disability benefits.

## Admission Requirements

You must meet the minimum academic and other requirements of the program or course for which you are applying to the Forgivable Loan Program. If you are a continuing student in a professional or academic program, you must have a minimum overall Grade Point Average of 2.5 to be considered for a Forgivable Loan.

Prior to being accepted into the program, you must complete your application by submitting the following documents:

- An acceptance letter from the professional program of the school you will be/are attending that indicates:
  - the degree, certificate or diploma sought
  - requirements for completion
  - the length of time anticipated for program completion, including proposed date of graduation
- A copy of two recent paycheck stubs indicating proof of active employment in a Bargaining Unit position
- A student copy of your transcripts from all previous colleges attended.

## Academic Requirements

You must meet the minimum academic and other requirements of the program or course for which you are applying for the Forgivable Loan. You must also maintain a minimum overall Grade Point Average (GPA) of 2.7 to remain enrolled in the program.

## How to Apply

1. **Application**
   - Obtain a list of approved occupational study areas eligible for the Forgivable Loan Program.
   - Complete and submit your application for the Forgivable Loan Program.
   - Participate in an Admissions Interview with a Training Fund staff member.

2. **Placement & Counseling**

After you complete your interview, and all submitted applications have been reviewed, the following apply:
   - If you are accepted into the program:
     - we will meet with you to provide you with information about the program.
     - you will execute all required loan documents.
     - you will be assigned a Training Fund Counselor and instructed on how often you are required to speak with that counselor.
   - If you are not accepted into the program, we will recommend another Training Fund program .

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

Application Deadline for Fall Term consideration          May 31

Application Deadline for Spring Term consideration        October 31

## Final Semester Requirements
### CAREER PLANNING II

During your final semester before graduation, you must attend the Career Planning II Workshop. This workshop will give you the opportunity to learn about current employment trends in the health care industry, self-marketing techniques, resume preparation, and re-evaluation of your career goals and plans.

### JOB SEARCH SKILLS DEVELOPMENT AND PLANNING

During your final semester you are required to meet with Training Fund staff to develop your job search plan.

**For complete descriptions of Career Planning II and Job Search Skills Development and Planning see page 28, "Admissions & Counseling."**

## Approved Pre-Professional Practice Program (AP⁴) Dietetic Internship

## PROGRAM DESCRIPTION

The Training Fund sponsors regular full-time employees in CUNY's Lehman College Dietetic Internship Program. This 22-credit program leads to RD certification and articulates to a full Masters degree at Lehman. The program is two years in length and provides formal classroom instruction and supervised clinical experience. Through the Training Fund, participants receive full tuition and assistance with books. While you are in the program you are required to maintain your full-time employment status, maintain at least a "B" average and complete 900 contact hours. A Dietician background is strongly recommended. Temporary and part-time employees are not eligible.

### Eligibility Requirements

To participate in the AP4 Dietetic Internship Program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

### A, B, E, H, & I

In addition, you must:
- Meet all of the academic and physical prerequisites of Lehman College.

### Admissions Requirements

In addition to the above, you must demonstrate to the Fund that you:
- Have access to a computer and to the Internet
- Have an undergraduate GPA of 2.7 or higher if you will be entering Lehman's graduate school.
  - A minimum science grade point average of 2.50.

## Academic Requirements

To participate in this program you must:

- Take and pass Lehman's skills test with a "B" or better. If you do not pass the skills test then you must take a review course.
- Complete the following courses before enrolling in an internship program:
  - **Advanced Nutrition**
  - **Community**
  - **Food Service Management**
  - **Advanced Topics in Nutrition**
- Complete a Rotation Apprenticeship which totals 900 hours — 20 hours per week per rotation area for 15 weeks. The rotation areas are:
  - **15 weeks in Community**
  - **15 weeks in Food Service**
  - **15 weeks in Clinical (Food)**

## How to Apply

To participate in the AP4 Dietetic Internship Program, you must complete the following General Application Procedures as designated in the chart on page 18:

**STEPS 1 through 5**

**Required documents:**

- A completed Training Fund General Enrollment Form (GEF)
- Proof of citizenship, or your residency status if you were born in the US;
- Copies of your immunization records;
- A Verification Statement from your undergraduate dietetics program, verifying that you completed a DPD program accredited by the American Dietetic Association;
- A letter from your employer verifying your employment status, hours/week, job title, department;
- A copy of student transcripts from all current and previous college course work.

**PLEASE NOTE:**
- A Lehman College Graduate Admissions Application must be directly obtained from, and submitted to, that school;
- To obtain information regarding the Lehman College graduate admissions requirements, or a description of their AP4 program, call Dr. Ann Boersma at Lehman College, (718) 960-8775.

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

| | |
|---|---|
| Application deadline for Fall term consideration | June 1 |
| Application deadline for Spring term consideration | October 1 |

# Credentialed Alcoholism and Substance Abuse Counselor (CASAC) Certification Prep

## PROGRAM DESCRIPTION

If you are already a counselor working in an approved Office of Alcohol and Substance Abuse (OASAS) setting, this program gives you educational training and theoretical foundations needed to meet national CASAC standards. Tuition and books are covered in this Fund-sponsored program; participants will attend part-time 1-3 years, depending on the courses needed. You may be eligible to take the national exam upon successful completion of the curriculum. New participants are admitted on a space-available basis. CASAC recredentialing is available to 1199 RNs and other 1199 populations.

Successful completion of the program requires a minimum of 350 class instruction hours.

## Eligibility Requirements

To participate in the CASAC program, you must be working in an approved OASAS setting with the designated population, and meet the following General Eligibility Requirements as designated in the chart on page 16:

**A, B, E, H, & I**

In addition:
- You must have worked for that employer in your current position for the entire 1 year period (internships apply)
- You cannot participate in this program if you are a Temporary or Part-time Employee, or an Employee who is receiving disability benefits.

## Admissions Requirements

**Required documents:**
- A documented copy of your high school diploma or GED
- Two recent pay stubs as proof of full-time employment

74

**Required assessments:**
- A CASAC course work assessment

## How to Apply

To apply to this program, you must complete the following General Application Procedures as designated in the chart on page 18:

### STEPS 1 through 7

Members who are eligible after being assessed must attend a CASAC orientation during the Spring or Fall.

## When to Apply

For Fall term consideration                    June 1 – August 20

For Winter & Spring term consideration         October 1 – December 15

For Summer term consideration                  April 1 – May 31

Classes begin in January, July and September of each year.

## Operating Room Technician
## (OR Tech) Program

## PROGRAM DESCRIPTION

The Training Fund sponsors regular full-time employees in an 18 to 24 month part-time course designed to make them eligible for certification and employment as an OR Tech. Classes (the didactic portion of the program) are held for approximately six months, after which each student participates in an independent clinical externship (the clinical portion of the program) in an operating room setting. Program participants must complete 1,066 total hours in order to be eligible for graduation and the certification exam. Expenses for tuition and books are paid by the Training Fund. The cost of certification is reimbursed after students pass the exam.

## Eligibility Requirements

To participate in the OR Tech program, you must meet the following General Eligibility Requirements as designated in the chart on page 16:

### A, B, E, H, & I

In addition:
- You must have worked for that employer in your current position for the entire 1 year period (internships apply)
- You cannot participate in this program if you are an Temporary or Part-time Employee, or an Employee who is receiving disability benefits.

## Admissions Requirements

Required documents:
Applicants to this program must submit a copy of
- Their United States high school diploma, GED or evaluated foreign equivalent high school diploma;
- Any current or previous college transcripts;
- Two recent pay stubs as proof of full-time employment

76

**Required assessments:**
- Applicants must successfully pass the Test of Adult Basic Education (TABE) with reading, writing, and math scores that indicate a high school graduate level. If you do not pass the TABE with qualifying scores, you will be referred to a TUF preparatory class.

## How to Apply

To apply to this program, you must complete the following General Application Procedures as designated in the chart on page 18:

**STEPS 1 through 7**

In addition, you must attend a scheduled orientation/information seminar at the Training Fund.

## When to Apply

You may apply during any of the regular enrollment periods, however your application must be received by the following deadlines:

| | |
|---|---|
| Application deadline for Fall term consideration | March 31 |
| Application deadline for Spring term consideration | October 31 |

**If the number of eligible applicants exceeds the number of seats, applicants will be rated according to seniority, academics and interviews. Members not chosen will be placed on a waiting list.**

## Final Semester Requirements
### JOB SEARCH SKILLS DEVELOPMENT AND PLANNING

During your final semester you are required to meet with Training Fund staff to develop your job search plan. See page 28, "Admissions & Counseling," for a complete description of this service.



Programs Funded
Through Sources Other Than
Collective Bargaining

# Community Health Care Conversion Demonstration Project (Federal Waiver)

## PROGRAM DESCRIPTION

The Training Fund provides a variety of training and education programs for workers employed by hospitals that are participants in this federally-funded project. The program offerings vary from hospital to hospital. The programs listed below are not offered in every participating hospital. The program will be funded for five years and programs will vary with each year of grant funding.

**EDUCATIONAL AND CAREER COUNSELING:**
- Academic Skills Workshops
- Skills Assessment
- Individual Counseling

**EDUCATION PROGRAMS:**
- Basic Skills—Reading, Writing and Math
- High School Completion (External Diploma Program & GED Preparation)
- Pre-HC$^4$ Developmental Programs
- Health Care College Core Curriculum (HC$^4$)

**LANGUAGE PROGRAMS:**
- Foreign Language Programs for English Speakers
- English Language Programs for Speakers of Other Languages (ESL)

**WORKPLACE SKILLS TRAINING PROGRAMS:**
- Training for New Jobs
- Communication Skills
- Fundamentals of Managed Care
- Enhancement of Workplace Job Skills
- Introductory and Advanced Computer Skills
- Hospital Information Systems

**PROFESSIONAL AND TECHNICAL PROGRAMS:**
- Tuition Assistance for Diplomas, Degrees, and Continuing Education
- Health Care Certificate Programs
- Health Care Degree & Diploma Programs

80

### How and When to Apply

Please check with the Human Resources or Union representatives at your institution to find out:

- Which programs are available at your institution
- How workers will be selected for the programs
- When programs will be offered

# Health Care Worker Retraining Initiative (HCWRI)
# Health Care Reform Act (HCRA)

## PROGRAM DESCRIPTION

These New York State-funded programs offer job training and education programs to workers who must meet skills requirements for new jobs in our changing health care institutions. Examples of the programs offered are Pain Management, Business Associate, Operating Room Technician, Medical Billing & Coding, X-ray Technician and other job titles. This program also offers programs to eligible participants pursuing selected professional degrees.

### How and When to Apply

Please check with the Training Fund Field Coordinator at your institution to find out:

- Which programs are available for your institution
- How workers will be selected for the programs
- When programs will be offered

81

# Consortium for Worker Education (CWE) Programs

## DESCRIPTION OF PROGRAMS

Except where noted, all Training Fund programs given through the NYS-funded Consortium for Worker Education are open to you as an 1199/SEIU member, and to members of your family. See pages 32–34, "Adult Education/Workplace Skills Programs," for a description of the current programs and application procedures.

### Eligibility Requirements

Participants in these programs must be 21 years of age, or older.

### When to Apply

| | |
|---|---|
| Fall Term | June 1 through August 20 |
| Winter & Spring Terms | October 1 through December 15 |

# Other Programs

The Trustees may develop, establish and maintain experimental, prototype and other types of training programs from time to time which shall be open to such Employees, and administered under such terms, as the Trustees by resolution determine.



Section 4

# Procedures, Rights and Disclosures

# Selection Procedures

**A. Initial Selection:** The Executive Director of the Fund will, in the first instance, ascertain if you are eligible to participate in a program in accordance with Sections 2 and 3 of this Plan. Where the number of eligible Employees does not exceed the number of students authorized for a course or program, the Executive Director may admit all such Employees.

**B. Rules Governing Priority Among Applicants:** Where the number of Employees eligible to participate in any course or program exceeds the number of students that have been authorized for that course or program, the selection of who will be admitted to the Martin L. Shields, Forgivable Loan and other professional and technical programs shall be made by the Selection Committee and the Executive Director or the Executive Director's designee(s) according to an objective scoring point system approved by the Trustees, taking into account the following factors:

1. length of continuous employment
2. preparedness and qualifications
3. an interview with Fund staff
4. present or future needs of the Employers for the job the applicant will become qualified to perform, and
5. speed and economy of training to be provided.

**C. Selection Committee:** The Trustees shall designate a Selection Committee comprised of equal numbers of Employer Trustees and Union Trustees. The Selection Committee shall perform the functions as described in Sections 2 & 3 of this Plan, and such other functions as may be delegated to it by the Trustees.

# Denial/Loss of Benefits: Class Attendance and Student Performance

If you are otherwise eligible for benefits and selected for training, you may be denied benefits or may lose benefits for failure to participate satisfactorily in the course or program. The Executive Director of the Fund shall, in the first instance, determine whether training should be discontinued.

**A.** You are required to demonstrate the necessary commitment needed to progress satisfactorily in your course of study.

**B.** Regular class attendance is mandatory.

**C.** You are required to comply with the educational policies and other standards applicable to students of the school or program in which you are enrolled. In addition, you will be required to notify the Fund promptly in writing of any circumstances, such as illness or personal problems, which may result in a prolonged absence from a program.

**D.** You will be expected to periodically demonstrate satisfactory progress in programs through examinations or other appropriate means. The Fund reserves the right to discontinue benefits if you demonstrate lack of satisfactory progress or discipline, excessive absenteeism, unsatisfactory performance, or lack of commitment or inability to complete a particular course of study in a reasonable amount of time, or if you fail to apply for available scholarships, other tuition assistance, and financial aid.

85

# Claim and Review Procedures

## A. Review and Appeals

1. Fund programs have definite starting dates throughout the year and the Trustees desire to consider all qualified applicants. Accordingly, for the purposes of this Section, your application as an eligible Employee to participate in a Fund program shall be deemed to have been filed on the last day allowed for such applications, provided all the requirements of Sections 1 & 2 have been completed by that date.

2. If your application to a program or course has been denied you will be so notified in writing within ninety (90) days from the last day applications to the program or course are allowed, unless during the ninety (90) day period you are notified by the Fund of special circumstances which require an extension of time. In such case, you will be notified of the special circumstances and the day, not to exceed an additional ninety (90) days, by which a decision will be reached.

3. The notice of denial will state the reasons for denial including reference to pertinent Plan provisions upon which the denial is based. Where applicable, it will include advice as to any additional material or information required to complete the application, indicating the reason it is required. You will also be informed of the necessary steps to seek review of the denial.

4. Failure of the Fund to act on an application or appeal within the time limits prescribed in this Section shall be deemed a denial authorizing you to proceed to the next step in the review process.

5. You and your authorized representative may obtain review of action hereunder by submitting a written request for review to the Selection Committee of the Fund no later than sixty (60) days after you received notice of the denial.

6. Appeals will be considered within sixty (60) days of receipt by the Fund of the request, unless special circumstances require an extension of time for processing. In such cases, the appeal will be processed as soon as possible, but no later than one hundred twenty (120) days after receipt of the request for review.

7. The Selection Committee may, in its sole discretion, provide for a meeting at which you or your authorized representative, or both, may be present.

8.    The decision of the Selection Committee will be made in writing and will include an explanation of the decision and the specific references to any plan provisions on which the decision is based. The Selection Committee's decision is final, binding and conclusive on all parties.

## B. Remedies

If an appeal is successfully sustained, preference will be given for the next available position, where appropriate, or the Selection Committee or the Trustees, as the case may warrant, may fashion other relief appropriate to the particular facts and circumstances.

87

# Authority of the Trustees

**A. Plan Administration and Interpretation:**

Notwithstanding any other provision in the Plan, and to the full extent permitted by the Employee Retirement Income Security Act ("ERISA") and the Internal Revenue Code, the Trustees (or any duly authorized designee thereof) shall have the exclusive right, power and authority, in their sole and absolute discretion:

- To administer, apply, construe and interpret the Plan and any related Plan documents

- To decide all matters arising in connection with entitlement to benefits, the nature, type, form, amount and duration of benefits and the operation or administration of the Plan

- To make all factual determinations required to administer, apply, construe and interpret the Plan.

Without limiting the generality of the statements above, the Trustees shall have the ultimate discretionary authority:

(i) To determine whether any individual is eligible for any benefits under this Plan;

(ii) To determine the amount of benefits, if any, an individual is entitled to under this Plan;

(iii) To interpret all of the provisions of this Plan (and all related Plan documents);

(iv) To interpret all of the terms used in this Plan;

(v) To formulate, interpret and apply rules, regulations and policies necessary to administer the Plan in accordance with its terms;

(vi) To decide questions, including legal or factual questions, relating to the eligibility for, calculation and payment of benefits under the Plan;

(vii) To resolve and/or clarify any ambiguities, inconsistencies and omissions arising under the Plan or other Plan documents; and

(viii) Except as specifically provided to the contrary in the provisions of the Plan relating to claims procedures, to process and approve or deny benefit claims and rule on any benefit exclusions.

All determinations made by the Trustees (or any duly authorized designee thereof) with respect to any matter arising under the Plan and any other Plan documents shall be final and binding on all parties.

**B.  Plan Amendment, Modification and Termination.**

The Trustees reserve the right, within their sole and absolute discretion, to amend, modify, or terminate in whole or in part, any or all of the provisions of this Plan and may adopt amendments which add to, modify or discontinue any program of benefits or training. No Employee, nor any other person shall have or will have a vested or non-forfeitable right to receive benefits from the Fund. No individual may, in any case, become entitled to additional benefits or other rights under the Plan after the Plan is terminated.

# Know Your Rights

A.   **The Plan is maintained pursuant to Collective Bargaining Agreements.** A copy of the applicable Collective Bargaining Agreement may be obtained by an Employee upon written request to the Fund and is available for examination by Employees at the Fund's offices.

B.   **Fiduciary Responsibility:** ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan Employees and beneficiaries. No one, including your Employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a training benefit or exercising your rights under ERISA. If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial.

You have the right to have the Plan review and reconsider your claim as described in Section 4(C) "Claim and Review."

C.   **Enforcing Your Rights:** Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request from the Trustees documents that are required to be produced and do not receive them within thirty (30) days, you may file suit in a federal court. In such a case, the court may require the Trustees to provide the materials and pay you up to one hundred dollars ($100) a day until you receive the materials, unless the materials were not sent because of good reasons beyond the control of the Trustees.

If you have a claim for benefits which is denied or ignored, in whole or in part, and if, and only if, you have complied with and completed the appeals procedures in Section 4(C), you may file a suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order

the person you have sued to pay these court fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

D.  **Questions:** If you have any questions about the Plan, you should contact the Fund office. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor, or the nearest Office of Pension and Welfare Benefit Program, Department of Labor.

# Miscellaneous

A. The Trustees keep records of the Fund and are responsible for the administration of the Plan.

B. The Fund is maintained solely for the benefit of covered Employees. No other person or entity shall have any rights under the Plan. An Employee's benefits under this Plan are paid out of the Contributions to the Fund made by contributing employers according to the Collective Bargaining Agreements. Neither Employers nor the Plan are liable for benefits beyond those assets contributed to the Fund. An Employee's benefit cannot be sold, transferred, assigned or encumbered, except if required by law.

C. The benefits hereunder are provided on a noncontributory basis. No contribution or other payment to the Fund by an Employee will be accepted by the Trustees, except for registration fees or program costs charged by the Fund Administrator.

D. Under no circumstances will any benefit under this Plan ever vest or become non-forfeitable.

E. Service of legal process may be made upon the Trustees at the address shown below.

F. Other Important Facts

**OFFICIAL NAME OF THE PLAN:**
League/1199 SEIU Training and Upgrading Fund

**TYPE OF PLAN:**
Taft-Hartley (Union-Employer) Jointly-Trusteed Employee Welfare Benefit Fund (Training and Education Plan)

**ADDRESS:**
League/1199 SEIU
Training and Upgrading Fund
330 West 42nd Street - 2nd Floor
New York, NY 10036
(212) 643-9340

92

**SOURCE OF INCOME:**

Payments are made to the Fund by your Employer and other contributing Employers, according to the Collective Bargaining Agreements with 1199 National Health and Human Service Employees Union. Employer's Contribution rates are set forth in the applicable collective bargaining agreements. They are estimated to adequately meet the anticipated cost of benefits, programs and administration. Since this is a multi-Employer fund, costs are calculated on a pooled basis. You may get a copy of any collective bargaining agreement by writing to the Plan Administrator, or by examining a copy at the Fund office.

In addition, programs funded by grants from other sources may also be offered.

**PLAN ADMINISTRATOR:**

The Fund is self-administered. The Plan Administrator consists of the Board of Trustees and its duly authorized designees and subordinates, including, but not limited to, the Executive Director, the Appeals Committee and other senior employees.

**FOR SERVICE OF LEGAL PROCESS:**

Legal Papers may be served on the Trustees or on the Fund's Counsel at 310 West 43rd Street, New York, NY 10036

**EMPLOYER IDENTIFICATION NUMBER (EIN):**

13-2637580

**FUND'S FEDERAL IDENTIFICATION NUMBER:**

13-2637580

**PLAN NUMBER:** 501

**EFFECTIVE DATE OF THIS RESTATED PLAN:**

May 7, 1997; Revised through April 19, 2002

93

# Definitions

**A.** **"Collective Bargaining Agreement"** means any collective bargaining agreement and any extension, modification or amendment thereof between the Union and any Employer requiring that the Employer make Contributions to the Fund; it also means written participation agreements between the Trustees and any Employer to make Contributions to the Fund.

**B.** **"Contributions"** means the payments required to be made to the Fund by the Employers pursuant to the applicable Collective Bargaining Agreements which must be in an amount or be computed by a formula no less than provided for in the League/1199 SEIU Agreement.

**C.** **"Employee"** or **"Employees"** means all regular full-time and part-time employees of an Employer, for whom the Employer is obligated to make contributions working in job classifications covered by Collective Bargaining Agreements. The term also includes former Employee(s) who are laid off who are entitled to benefits under Section 1(D)(1), page 20.

**D.** **"Employer"** means each Employer who has presently in force, or who hereafter executes, a Collective Bargaining Agreement with the Union or a participation agreement with the Trustees providing for Contributions to the Fund.

**E.** **"Executive Director"** means the Executive Director of the Fund or her/his designee.

**F.** **"Fund"** means the League/1199 SEIU Training and Upgrading Fund, the entity created by the Trust, as amended.

**G.** **"Fund Administrator"** means the Trustees or person(s) duly designated by them, such as the Executive Director.

**H.** **"League"** means the League of Voluntary Hospitals and Homes of New York.

**I.** **"League/1199 SEIU Agreement"** means the Collective Bargaining Agreement between the League and the Union as amended.

**J.** **"Plan"** means the League/1199 SEIU Training and Upgrading Fund Plan Document, as amended and restated.

**K.** **"Trust"** means the Agreement and Declaration of Trust between the League and the Union establishing the League/1199 SEIU Training and Upgrading Fund, as amended.

**L.** **"Trustees"** means the Fund Trustees acting pursuant to the Trust.

**M.** **"Union"** means New York's Health and Human Service Union, 1199/SEIU, AFL-CIO.

94

# Trustees

**Union Trustees:**

1199/SEIU New York's Health and Human Service Union
310 West 43rd Street, New York, NY 10036

Dennis Rivera, President
George Gresham, Secretary Treasurer
John Reid, Executive Vice President
Steve Kramer, Executive Vice President
Gerry Hudson, Executive Vice President
Betty Hughley, Executive Vice President
Eustace Jarrett, Executive Vice President
Norma Amsterdam, Executive Vice President
Yvonne Armstrong, Executive Vice President
Pat Harris, Vice President
Inell King, Vice President
Angela Doyle, Vice President

**Employer Trustees:**

Bruce McIver
President, League of Voluntary Hospitals
555 West 57th St., Rm. 1530, New York, NY 10019

Bettie Jackson
Director of Education & Divisional Development
Montefiore Medical Center
111 East 210th Street, Bronx, NY 10457

Linda Isaacs
VP Human Resources
Maimonides Medical Center
4802 10th Ave., Brooklyn, NY 11219

Thomas Ferguson
Senior VP and Chief Human Resources Officer
NY Presbyterian Hospital
161 Fort Washington Ave., Rm. 1458
New York, NY 10032

95



League/1199 SEIU
TRAINING AND
UPGRADING FUND
330 West 42nd Street, 2nd Floor
New York, NY 10036