USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein º
Gwynne A. Wilcox *
Pamela Jeffrey
Owen M. Rumelt •
Kevin Finnegan
Carl J. Levine
David Slutsky ◊
Allyson L. Belovin
Suzanne Hepner •

Ezekiel D. Carder º
César F. Rosado ▲
Dana E. Lossia ▼
Sara D. Newman •
Susan J. Cameron ■

Senior Counsel:
Richard Dorn
Jennifer J. Middleton º
Paul Schachter □
Denise Reinhardt ■

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †



October 15, 2007

**BY OVERNIGHT DELIVERY**

John G. Koeltl
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

*The 10/30/07 Conference is Cancelled.*

*So Ordered.*
*10/16/07  JKoeltl USDJ*

Re: Frimpong v. 1199SEIU
    Index No. 07 CV 7375 (JGK)

Dear Judge Koeltl:

This firm represents the Defendant 1199SEIU United Healthcare Workers East ("1199" or "Union") in the above matter.

I write to inform you that pursuant to your Order dated August 28, 2007, the Union has filed a motion to dismiss/motion for summary judgment pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, respectively. In accordance with your individual rules of practice courtesy copies of the motion will be provided to you when it is fully briefed.

Currently there is an initial conference scheduled for October 30, 2007 at 4:30 p.m. I was instructed by your clerk to inform chambers when the motion was filed, and that the October 30 conference would then be put off pending resolution of the motion.

Respectfully yours,

Levy Ratner, P.C.

David Slutsky

DMS:jos
cc:  Arlen S. Yalkut, Esq., Attorney for Plaintiff (By overnight delivery w/enclosure)

{Worldox Files\1199\021\04\07049506.DOC}

---

º Admitted in NY, MA and DC   * Admitted in NY, NJ and PA   • Admitted in NY and DC   ◊ Admitted in NY and NJ   ■ Admitted in NY and CT
º Admitted in NY and CA   ▲ Admitted in NY and PR   ▼ Admitted in NY, NJ and CA   ■ Admitted in NJ only   □ Admitted in NY, NJ and PR   † Admitted in NY and MA