```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07
```

# YALKUT & ISRAEL
### ATTORNEYS AT LAW
865-B Walton Avenue
Bronx, NY 10451
Tel. 718-292-2952

ARLEN S. YALKUT
ROY S. ISRAEL

NICOLE M. HARLEY, of Counsel

**BY PRIORITY MAIL**

October 23, 22007

John G. Koeltl
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street Room 1030
New York, New York 10007

10/26/07

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

Re: Frimpong v. 1199SEIU
Docket No. 07 CV 7375 (JGK)

Dear Judge Koeltl:

This firm represents the plaintiff, William Frimpong, in the above matter. Mr. David Slutsky of the firm of Levy Ratner, P.C., the attorneys for the Defendant 1199SEIU United Healthcare Workers East has graciously consented to a two week adjournment on the submission of opposition papers on the Defendant's motion to dismiss and/or for summary judgment.

The original date for submission of opposition papers was October 29, 2007 with reply papers by November 5, 2007. The proposed new dates are November 13, 2007 for opposition and November 20, 2007 for reply. There have been no previous requests for adjournment or extension. The adversary, as noted above, consents to such adjournment

There are no scheduled conferences or other court appearances presently scheduled. Thank you for your courtesy.

Very truly yours,

Arlen S. Yalkut

ASY:sel

cc: David Slutsky, Esq., Levy Ratner, P.C., Attorneys for Defendant (By Priority Mail)