| KEY DUTIES (continued) | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 7. **JUDGEMENT:** The ability to arrive at sound logical opinions and conclusions on the basis of available data. |  | X |  |  |  |  |
| 8. |  |  |  |  |  |  |
| 9. |  |  |  |  |  |  |
| 10. |  |  |  |  |  |  |
| 11. |  |  |  |  |  |  |
| 12. |  |  |  |  |  |  |
| 13. |  |  |  |  |  |  |
| 14. |  |  |  |  |  |  |
| 15. |  |  |  |  |  |  |

**Attach additional sheets if necessary.**

| PERFORMANCE ELEMENTS | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 1. Ability to assume new assignments | | X | | | | |
| 2. Initiative | | X | | | | |
| 3. Appearance | | X | | | | |
| 4. Overall Rating | | X | | | | |

A = Outstanding – rating must be supported by comments
B = Above Average
C = Average
D = Requires Improvement
E = Unsatisfactory – Rating must be supported by comments

## SUMMARY

**Strengths**
1. Strives for excellence.

2. Works well with fellow staff as well as other departments.

**Suggested Improvements and Goals**
1. Needs to pay more attention to details.

2. Needs to focus on duties.

**Methods of Achieving Above Goals (Action Plan)**
1. Needs training.

2. Precise knowledge of duties.

**APPRAISER'S COMMENTS (Include Overall Rating)**

**EMPLOYEE's COMMENTS**

*I have read and discussed this appraisal with my supervisor.*

| Employee's Signature | Date |
|---|---|
| Appraiser's Signature | Date |
| Signature of Appraiser's Superior | Date |
| Signature of Appraiser's Superior | Date |

## EMPLOYEE PERFORMANCE APPRAISAL

| EMPLOYOEE NAME: Frimpong William | TITLE: Housekeeper |
|---|---|
| DATE OF HIRE: 2/6/89 | DATE STARTED CURRENT POSITION: |
| DEPARTMENT: Environmental Services | APPRAISER: Elliot Earl |
| APPRAISAL PERIOD FROM: 1/1/00 to 12/31/00 | DATE OF APPRAISAL: 12/31/01 |

∅   SS.# 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

**GENERAL INSTRUCTIONS**

1. Fill in all the information requested above.

2. List the key duties performed by the employee from the position description. Rate the employee and cite specific examples of work performance to clarify your rating. A copy of the employee's current position description should be attached.

3. Summarize the employee's overall performance listing strengths exhibited over the past year and improvements or gals for the coming year.

4. Comment on the employee's overall performance for the past year with your overall rating. Allow the employee to add his/her comments on the appraisal.

| KEY DUTIES | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 1. Ensure that all patients, visitors and guest, as well as co-worker receive personalized, prompt attention and are treated with receptiveness, dignity and respect, no matter how limited the contact. | | X | | | | |
| 2. Is effective in maintaining and assuring the quality and appropriateness of services provided to all patient, visitors, guests and co-workers. | | | X | | | |
| 3. Attendance and punctuality (start of work and return to work form breaks and lunch) is maintained at the average of other employees in the department. | | | X | | | |
| 4. QUALITY: The ability to produce work free from error; also the ability to detect error. This category appraises the employees' performance in meeting standards of accuracy, thoroughness, and neatness. Maintains routinely assigned area in such a manner to ensure that a pro-established Quality Assurance efficiency ratings are achieved and consistently maintained. (85%=Medical Surgical) | | | X | | | |

Case 1:07-cv-07375-JGK    Document 16    Filed 11/13/2007    Page 5 of 6

| | | | | | |
|---|---|---|---|---|---|
| **5. QUANTITY:** The ability to produce the amount of work required. The time taken to complete a job should also be taken into consideration. This category appraises work output without consideration to quality. | | X | | | |
| **6. JOB KNOWLEDGE/SKILLS:** A clear understanding of those work factors which are pertinent to the employees' performance: acquired through training, experience or education. Employee has satisfactory knowledge of chemical, supply and equipment used in performing duties as well knowledge in Universal Precautions, Infection Control, Fire & Safety, Hazard Communication Program, OSHA, Employee Right To Know, Patient Bill of Rights, and Regulated Medical Waste. (Reference Bi-annual Training Records and Department In-Service Documentation). The possession of technical knowledge. This category appraises how well the employee applies these skills to the acquired job knowledge. | | | X | | |

| KEY DUTIES (continued) | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 7. **JUDGEMENT:** The ability to arrive at sound logical opinions and conclusions on the basis of available data. | | | X | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |

**Attach additional sheets if necessary.**