APPRAISOR'S COMMENTS  (Include Overall Rating)




EMPLOYEE'S COMMENTS




I have read and discussed this appraisal with my supervisor.

_____          _____
Employee's Signature                                 Date

_____          _____
Appraiser's Signature                                 Date

_____          _____
Signature of Appraiser's Superior                     Date


_____          _____
Signature Human Resources                            Date

BRONX LEBANON HOSPITAL CENTER

EMPLOYEE PERFORMANCE APPRAISAL

EMPLOYEE'S NAME: _William Feimpong_   TITLE: Housekeeping Worker

DATE OF HIRE: _2/6/90_   DATE STARTED CURRENT POSITION: _____

DEPARTMENT: _____   APPRAISER: _____

APPRAISAL PERIOD: From _9/22/97_ To _9/22/98_   DATE OF APPRAISAL: _____

## GENERAL INSTRUCTIONS

1. Fill in all the information requested above.

2. List the key duties performed by the employee from the position description. Rate the employee and cite specific examples of work performance to clarify your rating. A copy of the employee's current position description should be attached.

3. Summarize the employee's overall performance listing strengths exhibited over the past year and improvements or goals for the coming year.

4. Comment on the employee's overall performance for the past year with your overall rating. Allow the employee to add his/her comments on the appraisal.

| KEY DUTIES | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 1. Ensures that all patients, visitors and guests, as well as co-workers receive personalized, prompt attention and are treated with receptiveness, dignity and respect, no matter how limited the contact. | | | ✓ | | | |
| 2. Is effective in maintaining and assuring the quality and appropriateness of service provided to all patients, visitors, guests and co-workers. | | | ✓ | | | |
| 3. Attendance and punctuality (start of work and return from breaks and lunch) is maintained at the average of other employees in the department. | | | | ✓ | | |

(over)

| KEY DUTIES | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 4. Employee displays and maintains working knowledge of appropriate policies and procedures. Employee has satisfactory knowledge of chemicals, supply and equipment used in performing duties as well as knowledge in Universal Precautions, Infection Control, Fire & Safety, Hazard Communication Program, O.S.H.A. Employee Right To Know, Patient Bill of Rights and Regulated Medical Waste. (Reference Bi-Annual Training Records and Departmental In-Service Documentation). | | | ✓ | | | |
| 5. Wears and maintains proper uniform with Identification Card during working hours. | | | ✓ | | | |
| 6. Maintains routinely assigned area in such a manner to ensure that pre-established Quality Assurance efficiency ratings are achieved and consistently maintained. (85% = Critical Care/Clinical and Administrative 80% = Medical Surgical) | | | ✓ | | | |
| 7. Performs bed discharge and make-up duties as required and in a manner which ensure satisfactory completion in a reasonable time frame. | | | | | | |
| 8. Completes assigned duties within prescribed time frame in a satisfactory manner. (i.e.: patient room cleaning, trash removal, snow removal, boxing of Regulated Medical Waste, inter hospital moves, etc.) | | | ✓ | | | |
| 9. Housekeeping equipment; cart is kept clean, organized and locked at all times, spray bottles are correctly labeled. Janitor's closet is kept neat and clean and is locked at all times. | | | ✓ | | | |
| 10. Elevator lobby's are clean and presentable. Stairwells; handrails, lights and landings are free of dust and debris. | | | ✓ | | | |

| ADDITIONAL PERFORMANCE ELEMENTS | A | B | C | D | E | COMMENTS |
|---|---|---|---|---|---|---|
| 1. Ability to assume new assignments. | | | ✓ | | | |
| 2. Initiative | | | ✓ | | | |
| 3. Appearance | | | ✓ | | | |
| 4. Overall Rating | | | | ✓ | | |

* A = Outstanding - Rating must be supported by comments.
  B = Above Avergae
  C = Average
  D = Requires Improvement
  E = Unsatisfactory - Rating must be supported by comments.

## SUMMARY

### STRENGTHS
1.

2.

### SUGGESTED IMPROVEMENTS AND GOALS
1.

2.

### METHODS OF ACHIEVING ABOVE GOALS (ACTION PLAN)
1.

2..

Attach additional sheets if necessary

APPRAISOR'S COMMENTS (Include Overall Rating)

Mr. Frimpong requires little Supervision and does a Satisfactory job in maintaining his 3 areas.

EMPLOYEE'S COMMENTS

I have read and discussed this appraisal with my supervisor.

| _____ | 11/12/98 |
| Employee's Signature | Date |

| Mr. Martinez | |
| Appraiser's Signature | Date |

| _____ | 11-12-98 |
| Signature of Appraiser's Superior | Date |

| _____ | _____ |
| Signature Human Resources | Date |