```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM FRIMPONG,

              Plaintiff,        07 Civ. 7375 (JGK)

    - against -             ORDER

1199SEIU, UNITED HEALTHCARE WORKERS
EAST,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant has inquired as to whether it is necessary to submit statements pursuant to Local Rule 56.1 in connection with the defendant's motion for summary judgment. The Court has given the parties the opportunity to make any additional submissions. In view of the issues raised in the papers, however, the Court will not require the parties to submit Rule 56.1 statements.

SO ORDERED.

Dated:    New York, New York
           June 24, 2008

                                                  John G. Koeltl
                                      United States District Judge