# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox*
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine
David Slutsky^
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder
Dana E. Lossia*
Sara D. Newman*
Susan J. Cameron^
Micah Wissinger*

Senior Counsel:
Richard Dorn
Jennifer J. Middleton*
Paul Schachter□
Denise Reinhardt*

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz¹

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08

JUL 07 2008

July 7, 2008

**BY FACSIMILE ONLY**

Hon. John G. Koeltl
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007
Fax: 212-805-7912

Re: **William Frimpong v. 1199SEIU**
    **Index No. 07 CV 7375**

Dear Judge Koeltl:

*[Handwritten: Argument adjourned to July 25, 2008 at 9:30 A.M. So ordered. /s/ Koeltl, U.S.D.J. 7/7/08]*

This firm represents the Defendant 1199SEIU United Healthcare Workers East ("1199" or "Union") in the above matter. By order dated June 24, 2008, the Court converted Defendants' Motion to Dismiss to a Motion for Summary Judgment and scheduled oral argument for July 11, 2008. That same day, I requested an adjournment of the July 11 oral argument for one week due to a long-standing commitment to attend an out of town wedding. Mr. Yalkut, attorney for Plaintiff, consented to this adjournment request.

In speaking with the Court's calendar clerk today, my office was informed that your chambers never received my June 24, 2008 letter requesting an adjournment. Enclosed please find a copy of my prior letter and a copy of the FedEx tracking request indicating that it was delivered to the Court on June 25, 2008. Again, I respectfully request that oral argument be adjourned for the reasons set forth in my June 24, 2008 letter. Pursuant to your individual rules, this letter has been simultaneously faxed to Plaintiff's counsel.

1-110-00006 16167.doc

°Admitted in NY, MA and DC   *Admitted in NY, NJ and PA   ▪Admitted in NY and DC   ^Admitted in NY and NJ   ♦Admitted in NY and CT
°Admitted in NY and CA   ᵛAdmitted in NY, NJ and CA   ♠Admitted in NY, CA and OR   □Admitted in NY, NJ and PR   ▪Admitted in NJ only   ¹Admitted in NY and MA

LEVY RATNER, P.C.

Hon. John G. Koeltl
July 7, 2008
Page 2

    Thank you for your consideration of this request.

                                      Respectfully yours,
                                      Levy Ratner, P.C.

                                      David M. Slutsky

DMS:MW:jos
Encls.
cc:    Arlen S. Yalkut, Esq., Yalkut & Israel, Esqs. (by facsimile with enclosures).

1-110-00006 16167.doc

# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182



Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox°
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine
David Slutsky^
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder*
Dana E. Lossia°
Sara D. Newman*
Susan J. Cameron^
Micah Wissinger*

Senior Counsel:
Richard Dorn
Jennifer J. Middleton^
Paul Schachter□
Denise Reinhardt"

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz¹

June 24, 2008

**BY OVERNIGHT DELIVERY**

John G. Koeltl
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

   Re: Frimpong v. 1199SEIU
     Index No. 07 CV 7375 (JGK)

Dear Judge Koeltl:

  This firm represents the Defendant 1199SEIU United Healthcare Workers East ("1199" or "Union") in the above matter. I write to request an adjournment of the July 11, 2008 oral argument with respect to Defendant's motion for summary judgment due to a previously scheduled commitment to attend an out of town wedding. I have spoken with Arlen Yalkut, attorney for Plaintiff, who consents to this request for an adjournment. Both Mr. Yalkut and I are available for oral argument on Friday July 18, 2008. We would jointly request that the argument be scheduled for as early in the day as possible. No previous request for an adjournment has been made.

  Thank you for your consideration of this request.

              Respectfully yours,

              Levy Ratner, P.C.

              David Slutsky

DMS:jos
cc: Arlen S. Yalkut, Esq., Attorney for Plaintiff (By overnight delivery)
1-110-00006 - 15423.doc

° Admitted in NY, MA and DC * Admitted in NY, NJ and PA ' Admitted in NY and DC ^ Admitted in NY and NJ * Admitted in NY and CT
° Admitted in NY and CA ' Admitted in NY, NJ and CA * Admitted in NY, CA and OR □ Admitted in NY, NJ and PR " Admitted in NJ only ¹ Admitted in NY and MA

**David Slutsky**

From: TrackingUpdates@fedex.com
Sent: Wednesday, June 25, 2008 9:36 AM
To: David Slutsky
Subject: FedEx Shipment 797016973402 Delivered

This tracking update has been requested by:

Company Name:        Levy Ratner, P.C.
Name:                David M. Slutsky
E-mail:              dslutsky@lrbpc.com

Our records indicate that the following shipment has been delivered:

Reference:                   1-110-00006 (1199SEIU)
Ship (P/U) date:             Jun 24, 2008
Delivery date:               Jun 25, 2008 9:19 AM
Sign for by:                 H.EDMONSON
Delivered to:                Shipping/Receiving
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      0.50 lb.
Special handling/Services:   Deliver Weekday

Tracking number:             797016973402

Shipper Information           Recipient Information
David M. Slutsky              Hon. John G. Koeltl
Levy Ratner, P.C.             US Dist Court Southern Dist of
80 8th Avenue, Floor 8        NY
New York                      500 PEARL ST RM 1030;UNITED
NY                            STATES DISTRICT JUDGE
US                            NEW YORK
10011                         NY
                              US
                              10007

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:35 AM CDT
on 06/25/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/25/2008