UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

WILLIAM FRIMPONG,

|  |  |
|---|---|
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| -against- | Case No. 07 CV 7375 |

1199SEIU UNITED HEALTHCARE WORKERS EAST,

Defendant.
--------------------------------------------------------------------X

STATE OF NEW YORK  )
                                    ) ss.:
COUNTY OF NEW YORK  )

I, RICHARD D. STORM, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at New York, NY.

On July 30, 2008, I served the within Letter to Judge Koeltl by dispatching a true copy by overnight delivery (FEDEX tracking no. 797039673910) to each of the following persons at the last known address set forth after each name below:

Arlen S. Yalkut, Esq.
Yalkut & Israel, Esqs.
865-B Walton Avenue
Bronx, NY  10451-2243

RICHARD D. STORM

Sworn to before me this
30th day of July, 2008

NOTARY PUBLIC

ALLYSON L. BELOVIN
Notary Public, State Of New York
No. 02BE6023223
Qualified In New York County
Commission Expires April 19, 20 11

1-110-00006 17712.doc