UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM FRIMPONG,

                Plaintiff,                      07 CIVIL 7375 (JGK)

     -against-                               **JUDGMENT**

1199SEIU UNITED HEALTHCARE WORKERS EAST,
                Defendant.
------------------------------------------------------------X

    Defendant having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(6), or alternatively, a motion for summary judgment, and the matter having come before the Honorable John G Koeltl, United States District Judge, and the Court, on Aug 19, 2008, having rendered its Opinion granting defendant's motion for summary judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion, dated August 19, 2008, defendant's motion for summary judgment is granted and the case is closed.

**Dated:** New York, New York
         Sept 4, 2008

                                              J. MICHAEL McMAHON
                                              Clerk of Court
                      BY:
                                              Deputy Clerk

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/4/08*

*THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____*